UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVRO CORP, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> BOSTON SCIENTIFIC CORPORATION, et al., <br><br>　　　　Defendants. | Case No. 16-cv-06830-VC <br><br> **ORDER ON SEALING MOTIONS** <br> Re: Dkt. Nos. 24, 29 |

　　　Boston Scientific's presentation in support of its motion to seal portions of the motion to dismiss and discovery letter is inadequate. Boston Scientific speaks in abstract terms about how disclosure of the information will cause competitive harm but provides no specific reasons why this will be so. Indeed, companies often disclose the type of information that Boston Scientific seeks to conceal from the public here. Accordingly, these motions are denied without prejudice. Boston Scientific will be given one more chance, at the upcoming case management conference, to make a much stronger and more specific showing that it will suffer competitive harm from disclosure of this information. Assuming Boston Scientific can't make that showing, the redacted portions of the discovery letter will be unsealed and the motion to dismiss will not be considered by the court unless submitted publicly without redactions. *See* Civil L.R. 79-5(e)-(f).

　　　**IT IS SO ORDERED.**

Dated: December 28, 2016

_____
VINCE CHHABRIA
United States District Judge