MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
ERIC C. PAI (CA SBN 247604)
EPai@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0794

Attorneys for Plaintiff
NEVRO CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEVRO CORP.,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION,<br><br>Defendants. | Case No. 3:16-cv-06830-VC-MEJ<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF NEVRO CORP.'S OPPOSITION TO BSC'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS AND SUPPORTING DOCUMENTS** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Nevro Corp. moves to file under seal portions of Nevro Corp.'s Opposition to BSC's Motion for Leave to Amend Answer and Counterclaims ("Nevro's Opposition") and Exhibits A, B, C, D, G, J, K, L, M, N, and S to the Declaration of Kenneth A. Kuwayti in Support of Nevro Corp.'s Opposition to BSC's Motion for Leave to Amend Answer and Counterclaims ("Kuwayti Declaration"). |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Nevro Corp. moves to file under seal portions of Nevro Corp.'s Opposition to BSC's Motion for Leave to Amend Answer and Counterclaims ("Nevro's Opposition") and Exhibits A, B, C, D, G, J, K, L, M, N, and S to the Declaration of Kenneth A. Kuwayti in Support of Nevro Corp.'s Opposition to BSC's Motion for Leave to Amend Answer and Counterclaims ("Kuwayti Declaration").

As discussed in the concurrently filed Declaration of Kenneth A. Kuwayti in Support of Administrative Motion to File Under Seal Portions of Nevro Corp.'s Opposition to BSC's Motion for Leave to Amend Answer and Counterclaims ("Kuwayti Sealing Decl."), Nevro's Opposition and Exhibits A, B, C, D, G, J, K, L, M, N, and S to the Kuwayti Declaration contain material that Defendants Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation ("BSC") have designated confidential or may want to designate confidential.

Nevro's Opposition quotes from and discusses documents that BSC has designated as "Highly Confidential – Attorneys' Eyes Only." Exhibits A, B, C, D, G, J, K, L, and S to the Kuwayti Declaration are documents designated by BSC as "Highly Confidential – Attorneys' Eyes Only." Exhibits M and N are documents produced by Nevro in this litigation, but BSC alleges that Exhibits M and N contain confidential BSC information relating to Advanced Bionics Corporation (a company BSC acquired in 2004).

Nevro reserves the right to challenge BSC's designations but submits this motion to file under seal based on BSC's current designation so that Nevro's Opposition may be timely filed. Nevro expects that BSC will submit a declaration in support of sealing this material pursuant to Civil Local Rule 79-5(e).

A redacted version of Nevro's Opposition is being publicly filed, along with the other exhibits and attachments, which do not contain any confidential material.

| | | |
|---|---|---|
| Dated: November 16, 2017 | | MORRISON & FOERSTER LLP |
| | By: | /s/ Kenneth A. Kuwayti |
| | | Kenneth A. Kuwayti |
| | | Attorneys for Plaintiff<br>NEVRO CORP. |