# EXHIBIT A

## Unredacted Version of Document Sought to be Sealed

Message

| | |
|---|---|
| **From**: | Cassidy, Jim [/O=bsci/OU=bscexc1/cn=Recipients/cn=CASSIDYJ] |
| on behalf of | Cassidy, Jim [/o=bsci/ou=bscexc1/cn=recipients/cn=cassidyj] |
| **Sent**: | 4/17/2012 12:17:05 AM |
| **To**: | Carbunaru, Rafael [rafael.carbunaru@bsci.com]; Parramon, Jordi [jordi.parramon@bsci.com] |
| **CC**: | Bradley, Kerry [kerry.bradley@bsci.com]; Gillespie, Ewan [ewan.gillespie@bsci.com]; Feinkind, Jesse [jesse.feinkind@bsci.com] |
| **Subject**: | RE: High frequency Nevro |
| **Attachments**: | Nevro Intelligence Folder.msg |

We are working with international to get as much information as we can.

The point person for the competitive response is Naz Wahab – he reports to Ewan. We have a shared location set up with all the information we have gathered (though I'm not seeing the data when I look right now…). The point person for development scoping activity will be Jesse / Quynh.

As we get more serious about scoping development -it would be good to know what are the key pieces of information that will be critical to understand so that we can focus our understanding efforts there.

This is a significant enough issue that it feels like there should be a standing discussion on it – perhaps bi-monthly. Looking at their progress (international share gain, US clinical study, new clinical data) and our response (field response, pilot study – US, pilot study – International, development).

We have been looking at doing a competitive on-going meeting - so this could start it up.

---

**From:** Carbunaru, Rafael
**Sent:** Monday, April 16, 2012 4:19 PM
**To:** Parramon, Jordi; Cassidy, Jim
**Cc:** Bradley, Kerry
**Subject:** RE: High frequency Nevro

That's great Jordi.
We should take this as very important. We should also ask Marketing to get as much information as possible on what Nevro's use model and programming is so that we can make something that addresses the need and not something that gets close to it only.

Jim: Who do we have collecting info on Nevro?

Thanks,

**Rafael Carbunaru, PhD**
Vice President, Research and Development
Boston Scientific Corporation
Neuromodulation
25155 Rye Canyon Loop
Valencia, CA 91355
<mailto:Rafael.Carbunaru@bsci.com>
Direct: (661) 949-4183
Toll-free: (866) 789-5899 x4183
www.BostonScientific.com
www.ControlYourPain.com

*"Give life your best. Always."*

Highly Confidential - Attorneys' Eyes Only                                                                                         BSC-NVRO_00310713

**From:** Parramon, Jordi
**Sent:** Monday, April 16, 2012 8:41 AM
**To:** Carbunaru, Rafael
**Subject:** FW: High frequency Nevro

Rafa,

We are working to assess the scope/cost/schedule of Transforming Falcon into a high rate stimulator. A cross-functional team including FW, HW and SW people are looking into the technical scope change and then I will feed (hopefully tomorrow) the scope change to Linda's group. I am trying to get a first-order answer for Thursday strat plan meeting.

Jordi

---

**From:** Bradley, Kerry
**Sent:** Monday, April 16, 2012 7:06 AM
**To:** Carbunaru, Rafael; Parramon, Jordi; Pyburn, Linda; Pianca, Anne; Cassidy, Jim
**Subject:** FW: High frequency Nevro

FYI...

---

**From:** Van Dyck, Nic
**Sent:** Monday, April 16, 2012 1:58 AM
**To:** Ishaque, Khalid; Bradley, Kerry
**Subject:** RE: High frequency Nevro

That is indeed very bad news for us and underscores the importance of the HR studies. I am setting up a call with Marc to discuss this study and also to see potential impact on OPTIONS.

Best regards,

*Nic*

---

**From:** Ishaque, Khalid
**Sent:** Monday, April 16, 2012 9:17 AM
**To:** Bradley, Kerry; Van Dyck, Nic
**Subject:** FWD: High frequency Nevro

Fyi getting tough for us

Khalid

--- original message ---
From: "Waterfield, Sara" <Sara.Waterfield@bsci.com>
Subject: High frequency Nevro
Date: 16th April 2012
Time: 9:03:45 am

Hi All

 An update about Metro Pain Clinic one of the doctors spoke to Philippa and told her the below information

To date Metro have done 35 Nevro cases most of which have been failures from SJM MDT and Boston patients who for some reason or other was not getting adequate pain relief with the conventional stim systems and were trialled with

Highly Confidential - Attorneys' Eyes Only                                           BSC-NVRO_00310714

the Nevro HR system and then permanently implanted with a Nevro system, which the data after 7 months of implanting has come back and and the results were described as amazing and a game changer and with these results they feel compelled to switch all their SCS work 100% to Nevro.

Information that also followed was that Nevro are not necessarily going to be bought at this stage and are trying hard to increase their market share as quickly as possible. They are going to put another rep on just to cover Metro's work load. Another bit of news is and that they are only buying a battery off the shelf at the moment and they have to cycle the system to get the days charge out of it., but they will be making their own battery soon, plus that they are waiting for their patent to be given for 10,000hz in the next week that I passed on, on Friday.

   The news of their switching is sad but as you are all aware I have fought very hard to make this clinic one of many not just a big piece of our business, and while we will fight the other 2 major companies for the PNS and ONS work, at this clinic we will suffer greatly in the plan, short term. This is an early heads up and was highlighted as one of the risks in the plan roll up last year and I will work with finance to build an F2 forecast to accurately indicate how much the loss will be.

 Please let me know if you have any questions

Kind regards
Sara

**Sara Waterfield**
Sales Manager
Neuromodulation
Australia & New Zealand

**Boston Scientific**
+61 402 322 532 Mobile
+61 1800 676 133 Office
+61 1800 836 666 Fax
www.bostonscientific.com
Level 5, 247 Coward Street, Mascot NSW 2020

Confidential and Proprietary Information,
Property of Boston Scientific Corporation

Highly Confidential - Attorneys' Eyes Only                                                                                         BSC-NVRO_00310715