# EXHIBIT N

## Unredacted Version of Document Sought to be Sealed

**From:** Jim Thacker
**Sent:** Monday, May 04, 2009 5:16 PM
**To:** David Marco
**Subject:** Emailing: Scs_fs5a-version1
**Attachments:** Scs_fs5a-version1.doc

Hi David,

Since you and I worked at AB we can have this but we cannot share this with anyone else.
Please use it as an example of a requirements spec for a CP.

Jimt

CONFIDENTIAL
NEVRO_BSXCA0113922



# SPINAL CORD STIMULATOR
# Clinician's Programming System

# MODULE SPECIFICATION

Publish Date: 04/15/02
Revision 1.0

**<u>CONFIDENTIAL</u>**

This document contains confidential information and is proprietary to Advanced Bionics corporation and may not be distributed or reproduced without the prior express written consent of Advanced Bionics. Please refer questions to Jeffery H. Greiner, President Advanced Bionics Corporation, 12740 San Fernando Road, Sylmar, California 91342.   Phone (800) 678-2575, FAX (818) 362-5069.

Prepared by: Sri Kothandaraman/John King/Jim Thacker
Document Number:RD0158

Modula Specification
Clinician's Programmer

# Table Of Contents

1.   Overview                                                                                                        4
     1.1    Purpose                                                                                                 4
     1.2    Scope                                                                                                   4
     1.3    Specification Organization                                                                  4
     1.4    Overall Description                                                                              4

2.   Hardware Functional Requirements                                                               4
     2.1    Operating System                                                                                 4
     2.2    Processing Power                                                                                  4
     2.3    Ram                                                                                                       4
     2.4    Display                                                                                                  5
     2.5    I/O                                                                                                         5

3.   Software Functional Requirements                                                                5
     3.1    General:                                                                                                 5
     3.2    DigIC Programming:                                                                             5
     3.3    Active Recharge (Symmetric Biphasic Pulses):                                     5
     3.4    Channel Total Amplitude Programming:                                                6
     3.5    Database:                                                                                              6

4.   Global User Interface Requirements                                                               7
     4.1    Buttons                                                                                                  7
     4.2    Startup Requirements - Main Screen                                                      7
            4.2.1  Startup default                                                                             7
            4.2.2  Patient Hardware query                                                              7
            4.2.3  No Patient Hardware present                                                      7
            4.2.4  HHP Detected                                                                             7
            4.2.5  IPG/ETS Detected                                                                       8
     4.3    Patient Selection                                                                                   8
     4.4    Patient Profile - Screen                                                                         8
            4.4.1  Patient Profile Screen Entry                                                        8
            4.4.2  Data for the Patient Profile                                                         8
            4.4.3  Graphic Module                                                                          8
            4.4.4  Hyperlink Buttons                                                                       8
            4.4.5  Save Option                                                                                8
            4.4.6  Notes – Pop up Screen                                                                8
            4.4.7  Case History                                                                              9
     4.5    Start – Global Button                                                                            9
     4.6    Graphic Module                                                                                    9
            4.6.1  Silhouette Graphic image                                                            9
            4.6.2  Options                                                                                       10
     4.7    VAS – Pop up screen                                                                            10
            4.7.1  Screen appearance & Functionality                                            10
            4.7.2  Hyperlinks                                                                                  10
     4.8    Reason For Visit - List                                                                          11
     4.9    Hardware Configuration – Screen (Global Button "Config")           11

Advanced Bionics                    Document No. :RD0158           { DATE \@ "MM/dd/yy" } Page
Corporation                                                                                                             2

Modula Specification
Clinician's Programmer

| | | |
|---|---|---|
| 4.9.1 | Opening screen | 11 |
| 4.9.2 | Number of Leads - Screen | 11 |
| 4.9.3 | Lead Configuration – Screen | 11 |
| 4.9.4 | Lead Model Number - Screen | 12 |
| 4.9.5 | Hardware Configuration Summary – screen | 12 |
| 4.10 | Impedances – Screen | 13 |
| 4.10.1 | Hyperlinks | 13 |
| 4.11 | Connections - Screen | 13 |
| 4.11.1 | Hyperlinks | 14 |
| 4.12 | Navigator – Screen & Button | 14 |
| 4.12.1 | Configuration Determination | 14 |
| 4.12.2 | Threshold Measurement Calibration – Navigation Screen #1 | 14 |
| 4.12.3 | Steering – Navigation screen #2 | 15 |
| 4.12.4 | Area Programming – screen | 16 |
| 4.13 | Remote Programming – screen and Global Button | 17 |
| 4.13.1 | Hyperlinks | 17 |
| 4.14 | Program Database - Screen | 17 |
| 4.14.1 | Hyperlinks | 18 |
| 4.15 | Battery Status Screen | 18 |
| 4.15.1 | Hyperlinks | 18 |
| 4.16 | Patient options – Pop up | 18 |
| 4.16.1 | Hyperlinks | 18 |
| 4.17 | Manual Programming – Screen & Global Button | 18 |
| 4.17.1 | Display & Function | 19 |
| 4.17.2 | Area Selections and Parameter control | 19 |
| 4.17.3 | Electrode Selection and Control | 20 |
| 4.17.4 | Area naming | 20 |
| 4.17.5 | Hyperlinks | 20 |
| 4.18 | OR Mapping –Screen & Global Button | 20 |
| 4.18.1 | Lead Configuration Requirements | 21 |
| 4.18.2 | Display & Function | 21 |
| 4.18.3 | Hyperlinks | 21 |
| 4.19 | Off – Global Button | 22 |
| 4.20 | Reports – Screen & Global Button | 22 |
| 4.20.1 | Report Main Screen | 22 |
| 4.20.2 | Clinic Patient List | 22 |
| 4.20.3 | Clinic Activity | 22 |
| 4.20.4 | Patient Information & Case History | 23 |
| 4.20.5 | Clinic Outcomes | 24 |
| 4.20.6 | Hyperlinks | 25 |
| 4.21 | Application – Screen & Global button | 25 |
| 4.21.1 | System Default values for Patient options | 25 |
| 4.21.2 | Language (Remote Control) | 25 |
| 4.22 | Start-Global Button | 25 |
| 4.23 | Backup | 25 |
| 4.24 | Database Synchronization | 26 |

CONFIDENTIAL                                                                NEVRO_BSXCA0113925

Modula Specification
Clinician's Programmer

## 1. Overview

Advanced Bionics Corporation has identified a need for a Spinal Cord Stimulation (SCS) System that effectively provides relief for patients with chronic pain.  The SCS system consists of electrode arrays that are implanted into the spinal cord and connected either to an Implanted Pulse Generator (IPG) or an External Trial Stimulator (ETS).  The IPG or the ETS controls the electrodes with pulses of varying amplitudes and widths and at different frequencies.  The IPG or ETS is controlled from an external Hand-Held Programmer (HHP) via an RF link.  The HHP is in turn controlled from a Clinician's Programmer Station (CPS) via an IR link.  For a complete system description and overview, refer to the Spinal Cord Stimulation Marketing Requirement Specification. This section deals with the functional requirements of the Clinician's Programmer Station.

### 1.1    Purpose

The CPS requires software that enables easy fitting and programming of the various parameters to effectively treat chronic pain patients.  This document outlines the high-level features required of the Clinician's Programmer Station.

### 1.2    Scope

The Clinician's Programmer Station Module Specifications shall cover the following areas:
Clinician Programmer Software Requirements Specification (SRS)
Clinician's Programmer

### 1.3    Specification Organization

The rest of the Module Specification document is organized into the following sections and sub-categories:
Section 2&3 provides an overall description of the Clinician's Programming System, CPS Hardware and IPG programming standards respectively.  Section 4 identifies the specific requirements of the CPS screens and modules and is organized into different sub-sections. The remainder of the document has sections contains support information: Usability, Reliability, Performance, Supportability, Design Constraints, On-line User Documentation and Help System, Purchased Components, Interfaces (User, Hardware, Software, Communication), Licensing, Legal, Copyright, Logo and Applicable Standards requirements.  Section 4 provides all the supporting information, use-case storyboards and user-interface prototypes.

### 1.4    Overall Description

For an overall description of the CPS, please refer to Section 6, "Clinician's Programming System" in the Spinal Cord Stimulation Marketing Requirement Specification.

## 2.  Hardware Functional Requirements

The Clinician's Programmer shall consist of a personal computer running Microsoft Windows[®] operating system.  The personal computer can be a desktop computer, a notebook computer or a tablet computer.

### 2.1    Operating System

The Clinician's Programmer system PC shall contain Microsoft Windows™ 2000 as the operating system.

### 2.2    Processing Power

The computer shall have enough processing power (equivalent of a Celeron 400 MHz) to handle the basic performance requirements of the software.

### 2.3    Ram

The computer shall have at least 128 MB of RAM available.

CONFIDENTIAL                                                        NEVRO_BSXCA0113926

Modula Specification
Clinician's Programmer

## 2.4 Display

The display shall have a resolution of at least 800 by 600 pixels with a color depth of 256.

## 2.5 I/O

The computer shall have at least one serial port (RS-232C) available for connecting an external infra-red (IR) device for communication purposes.

- The computer shall have an internal infrared port available.  This port may be used instead of an external IR device.

- The computer shall have support for connecting a floppy drive and/or a CD-ROM drive.

- The computer shall have a keyboard and a pointing device.  The pointing device can be either a mouse or a stylus/pen in the case of tablet computers.

# 3.  Software Functional Requirements

## 3.1 General:

- The Clinician's Programmer Software (CPS) shall be a Windows® based 32 bit application.

- The CPS shall run on Windows 2000 operating system on a personal computer.

- The CPS shall use an IR device to communicate with the external hardware.  External hardware is defined as an HHP (Hand Held Programmer) and optionally either an IPG (Implanted Pulse Generator) or an ETS (External Trials Stimulator) connected to the HHP.

- The CPS shall display graceful error messages when communication errors occur.

- Screen Language shall default to the Windows System Language. The reports and help system shall initially be available in English only.

- No accumulation or queuing of the button presses shall be allowed.

## 3.2 DigIC Programming:

- The CPS shall use the patient default values for the timing generators (burst on time, burst off time, ramp time) and system default values for the pulse width and rate for programming.

- The CPS shall use the following defaults to program the other timing generator values:

  o  Delay time – 20 $\mu$S

  o  Inter-Phase time – 100 $\mu$S

  o  Second Phase time – 6 ms for passive recharge, same as pulse width for active recharge

  o  Hold Off time – 3000 $\mu$S.

  o  Gain Offset – 0  (31 steps to reach the programmed amplitude)

## 3.3 Active Recharge (Symmetric Biphasic Pulses):

- The CPS shall switch to symmetric biphasic pulses at rates greater than 130 pps. The clinician shall be notified of any conflicts for resolution.

- The CPS shall switch to passive recharge mode at rates less than or equal to 130 pps.

- Unless high rate programming, greater than 130 pps, is selected, all permissible programming shall be made available to the clinician.

- The CPS shall verify the existence of at least one non-case anode when symmetric biphasic pulses are used.

Advanced Bionics
Corporation

Document No. :RD0158

{ DATE \@ "MM/dd/yy" } Page
5

NEVRO_BSXCA0113927

Modula Specification
Clinician's Programmer

## 3.4 Channel Total Amplitude Programming:

- The CPS shall readjust the individual electrode amplitudes whenever the total amplitude for a channel is modified by the user.

- The CPS shall verify that the amplitudes programmed are charge balanced.

- The CPS shall distribute the total amplitude between the electrodes based on electrode percentages.  When there are imbalances due to round off in calculations, the CPS shall make the correction on the highest indexed electrode until charge balance is obtained.

- The CPS shall restrict the number of channels from a maximum of four to a lesser number to maintain the average current drain from the battery to less than 2 mA. The clinician shall be notified of any conflicts for resolution.

- When a rate is chosen above 130 pps only one channel or area is allowed per program. The clinician shall be notified of any conflicts for resolution.

## 3.5 Database:

The CPS shall store the following information in a database:

- Patient information – Patient Name, date of birth, address, Physician, clinic patient id, default burst on/off times, ramp time, pulse width and rate lock states, default state of the whether to use square biphasic pulses.

- Program information per patient– Name, channels in program, HHP program number for this program, date modified, flag for valid program for current hardware, stored on HHP program number, etc.

  - Channel information per patient – Name, stimulation on/off, total amplitude for all electrodes in the channel (including % per electrode type), pulse width, rate, slow start on/off, arbitration on/off, burst on time, burst off time, delay time, inter-phase time, second phase time, hold time, time count, number of steps for ramp, channel minimum, channel maximum, step size, coverage map associated with the channel, created/modified times, etc.

- Electrode information per channel – channel number electrode belongs to, enabled or disabled for this channel, phase 1 amplitude, phase 2 amplitude, switch code, etc.

- Measurements information per patient – combination information, pulse width, rate, minimum threshold, maximum threshold, date,

- History information per patient – reason for visit, diagnosis, VAS, pain map coverage information, physician notes,

- Hardware information per patient – HHP model number, serial number and ID, IPG model number, serial number and ID, date, etc

- Lead information per patient – Number, lead ID, position, starting electrode, retrograde connection, model number, serial number, etc.

- Coverage Map information per patient – coverage map number, section number and pain, paresthesia or both state.

- Battery usage by Patient

- Program usage by Patient – percent of program use per day per program for a minimum of 30 days.

CONFIDENTIAL                                                                      NEVRO_BSXCA0113928

Modula Specification
Clinician's Programmer

## 4.  Global User Interface Requirements

### 4.1    Buttons

The following screen buttons are available from all screens:

- OR Mapping
- Manual
- Navigator
- OFF
- Remote
- Profile
- Config (Hardware Configuration Summary)
- Help
- Start
- System
- Reports
- Close Application
- Import/Export

### 4.2    Startup Requirements - Main Screen

The Main Screen shall have two fields present upon entry, Patient Name Selection and Reason For Visit. Hardware recognition controls the Patient Selection popup functionality and the progression to the Reason For Visit functionality.  For hardware to be used with a patient, it has to be assigned to the patient.

#### 4.2.1    Startup default

The CPS software shall default to the "Main Screen" upon application entry.

#### 4.2.2    Patient Hardware query

- Patient hardware shall be queried upon Main Screen entry.
- A handshake between the CPS and the HHP shall occur periodically to keep the IR session open.

#### 4.2.3    No Patient Hardware present

If no hardware is detected, the CPS shall allow:

- New Patient creation, which entails creating a new patient record. See "Patient Profile".
- Selecting an existing patient and Editing of the Patient Profile.
- Report Generation
- System

#### 4.2.4    HHP Detected

**When an HHP is detected, the CPS shall:**

- Identify the patient from the HHP ID.  If identified, the CPS shall display the patient name in the list.  Otherwise, new patient shall be displayed.
- If the HHP is assigned to a different patient, the CPS shall clear all HHP programs after

Advanced Bionics
Corporation

Document No. :RD0158

{ DATE \@ "MM/dd/yy" } Page
7

NEVRO_BSXCA0113929

Modula Specification
Clinician's Programmer

confirmation from the user.  The HHP shall be added to the selected patient and removed from the previous patient, if any.

### 4.2.5   IPG/ETS Detected

**When an IPG/ETS is detected, the CPS shall:**

- Identify the patient from the IPG/ETS ID.  If identified, the CPS shall display the patient name in the list.  Otherwise, new patient shall be displayed.
- If the IPG/ETS is assigned to a different patient, the CPS shall clear the current program after confirmation from the user. The IPG/ETS shall be added to the selected patient and removed from the previous patient, if any.

## 4.3   Patient Selection

This field on the main screen allows for identification of the patient.

## 4.4   Patient Profile - Screen

The Patient Profile screen allows the addition of a new patient or the edit of an existing one.  All patient contact and demographic information is stored.

### 4.4.1   Patient Profile Screen Entry

- Selection of the "New Patient" in the "Patient Selection" field on the Main Screen.  Selection of the Global Patient Profile Button.

### 4.4.2   Data for the Patient Profile

This data shall be both displayed and edited and entered on these fields.

- Patient First and Last Name*
- Patient Data of Birth*
- Patient Address
- Patient identification number
- Physician
- *   Required entry fields

### 4.4.3   Graphic Module

The patient profile shall have on its screen the Graphic Module that contains a pain map for the patient.

### 4.4.4   Hyperlink Buttons

- Finish – Returns to the start Completion of the profile is required to select "Finish".
- Notes/History – Move to the Notes /History Screen.
- Back – Returns to the previous screen.

### 4.4.5   Save Option

The patient profile shall save the patient information automatically if changes have been made to the profile.  If edits have occurred and this screen is being exited, the clinician shall be prompted to save the edited profile.

### 4.4.6   Notes – Pop up Screen

A button is present to enable this screen.

- The pop up screen shall allow entry of text strings and all keyboard symbols.  During a session the current notes shall be editable. Once a session is closed the notes shall move to the Case History.

CONFIDENTIAL                                                                    NEVRO_BSXCA0113930

Modula Specification
Clinician's Programmer

### 4.4.6.1    Hyperlink Buttons

- OK – returns the user to the Patient Profile Screen.
- Cancel – Any changes to the notes recorded are lost and the user is returned to the Patient Profile Screen

### 4.4.7    Case History

A button is present to enable this screen.

- Case History with the user entered notes and default information being the most recent patient visit in reverse chronological order.  This information per note contains date, reason for visit and note.
- Scroll bars shall be present to allow the displaying of the previous notes.
- This screen allows read only capability of past text entry.

### 4.4.7.1    Hyperlink Buttons

- OK – returns to the user to the Patient Profile Screen.

## 4.5    Start – Global Button

This global button shall return the user to the "Start" screen and initiates the startup sequence. If previous to this selection another patient had an open session that session shall be closed after confirming and saving any changes.

## 4.6    Graphic Module

This Module is displayed on a number of different screens.  The information stored on this screen is maintained throughout the programming session.  The last data captured is stored in the patient database.  The pain area is only entered by access through the Patient Profile.  Paresthesia is only entered on the Navigator or Manual Screens.

### 4.6.1    Silhouette Graphic image

- This image allows the selection of the pain and paresthesia coverage areas on the patient dependent upon what screen they are on.  Areas selected shall change the color of the respectively selected areas.  There are two different resolutions for viewing the areas, a high and low resolution. Color - is used to identify the three areas on the patient correspond to the pain, paresthesia and the intersected areas.
- The paresthesia area is tied to the active program.  The pain area is based upon the most recent pain entered.
- Since the paresthesia coverage is entered per area, if more than one area is "on" the paresthesia coverage shall be "OR"ed.  This "OR"ing shall be done only when in the manual programming "Global" mode and in the Remote Screen.  It shall not be "OR"ed when an area is being set-up individually.
- The nomenclature for a pain area shall be automatically assigned as the area is selected. These text areas are:
  - o   LLEG
  - o   RLEG
  - o   LEGS – both legs selected
  - o   LARM
  - o   RARM

CONFIDENTIAL                                                                                          NEVRO_BSXCA0113931

Modula Specification
Clinician's Programmer

- o   ARMS – both arms selected
- o   BACK – only back area.
- o   NECK – only neck selected.
- o   HEAD – head with or without neck selected.
- o   CHEST – Front torso only.
- o   LEFT – multiple left side areas.
- o   RIGHT – multiple right side areas.
- o   BODY

### 4.6.2   Options

These buttons are located near the graphic image and are used to control the following:

- View - shall toggle the graphic image from front to back and visa versa.  The back and front areas are independent of each other and each view allows different paresthesia and pain designation.
- Res – shall toggle between the high and low resolution selection.
- VAS with value display– shall allow a popup Screen.

#### 4.6.2.1   Hyperlinks

- o   None

## 4.7   VAS – Pop up screen

This screen allows the user to select a VAS score for the patient's current level of pain with either the stimulation "On" of "Off" dependent upon the present state of the stimulation.  Once a value has been selected the user is returned to the Graphic Module screen where the VAS button was selected.  Access to this screen is through the Graphic Module.

### 4.7.1   Screen appearance & Functionality

The screen is made up of a line for user selection and text explaining the screen.

- Two VAS scores shall be stored for any one session, VAS with stimulation and VAS without stimulation.
- The user is instructed on the screen by text to select the point on the screen that reflects the current level of pain of the patient.
- The user shall be instructed, "A score of 0 is for no pain and   A score of 10 is the worst pain imaginable."
- A line representing a linear scale is displayed with numbers progressing from 0 to 10.   The user shall be able to select on the line the current respective level for their pain or paresthesia. The selected point shall be rounded to the nearest tenth and upon closing the session  the last entered pain and paresthesia values shall be stored in the database.
- The displayed VAS scores shall always correspond to the last entered VAS scores for this session or shall be blank.

### 4.7.2   Hyperlinks

- o   Cancel – Selecting this button exits the user back to the screen they came from without recording the new value.
- o   OK – Selection of this button returns the user back to the screen they came from with the changes to the VAS being recorded.

Advanced Bionics
Corporation                                    Document No. :RD0158            { DATE \@ "MM/dd/yy" } Page
                                                                                                    10

Modula Specification
Clinician's Programmer

## 4.8    Reason For Visit - List

This list allows the user to select the reason for the present patient interaction with the programmer.

- When the "Reason For Visit" is selected on the Main Screen  list shall display the following list of reasons for visit:
  - o   Programming/Follow-up
  - o   Implant Trial System
  - o   Implant Leads
  - o   Implant IPG
  - o   Implant IPG and Leads
  - o   Replace IPG
  - o   Replace IPG and Leads
  - o   Replace or Revise Leads
  - o   Explant –End Therapy
  - o   Other
- The selection of a reason for visit that indicates lead modification (e.g. Implant Trial System, Implant Leads, Implant IPG and Leads, Replace IPG and Leads, Replace or Revise Leads) shall necessitate the entry of lead configuration information before steering can be done using the 'Navigator' screen.

## 4.9    Hardware Configuration – Screen (Global Button "Config")

This page allows the user the ability to identify and enter the types of leads used and their orientation once implanted in the patient.  The IPG/Leads configuration shall guide the user in setting up the number, type, position and connection for each lead to enable proper programming of the electrodes.

### 4.9.1   Opening screen

The opening screen is varied depending upon whether a configuration has ever been entered and upon the "Reason for Visit".   The Hardware Configuration summary screen shall be displayed only if a previously entered configuration is available.

### 4.9.2   Number of Leads - Screen

Independent of whether a patient is new or previously entered, if a lead configuration has never been entered for the patient a series of screens shall be entered to determine the lead or leads physical location and identification.  This is the first such screen.

- The first screen the "Number of Leads " screen allows selection of the number of leads.
  - o   The software shall be written to support up to 4 different leads, however, the graphics shall only show combinations of 1 or 2 leads.
- The page shall be titled "Number of Leads".

#### 4.9.2.1  Hyperlinks

- o   "Back" – Returns to screen prior to entering this screen.
- o   "Next" – Moves the user to the "Lead Orientation" screen.

### 4.9.3   Lead Configuration – Screen

Once the number of leads is selected the CPS shall progress to the "Graphic orientation of the Leads" for

Advanced Bionics
Corporation

Document No. :RD0158

{ DATE \@ "MM/dd/yy" } Page 11

Modula Specification
Clinician's Programmer

2 or more leads.

- The page shall be titled "Lead Configuration".

- The graphic images displayed shall be dependent upon the number of leads selected.  One lead selected on the Number of Leads" screen shall skip this page and progress to the "Lead Model" screen.

- For two leads, lead orientation graphic displays shall be selectable by the user.  As the user selects a physical configuration a graphic indicating selection status shall become updated accordingly .   If the user selects a different graphic representation the status area shall update to reflect the new configuration.

- Included in the graphic displays for two leads shall be:

  o  Wide spaced linear grouping.

  o  Closely spaced linear grouping.

  o  Closely spaced parallel grouping.

#### 4.9.3.1    Hyperlinks

  o   "Back" shall move to the Number of leads screen.

  o   "Next" shall move to the Lead Model Number screen.

#### 4.9.4    Lead Model Number - Screen

There are two objectives to be fulfilled on this screen: to identify each lead's model number and to determine the lead direction in the body.  This is the final user input screen to configure the leads required for current steering.

- The page shall be titled Lead Model Number.

- A Model number field shall be present for each implanted lead.  The number of leads selected in the Number of Leads screen determines this information.  There shall be a drop down indicator for a list of further leads.  One lead model shall be supported by the software with the architecture for future model numbers.

- Adjacent to every lead model is a box for retrograde direction of the lead.  The user shall be able to select this box that shall convey to the steering algorithms that this specific lead has been placed in the body in a rostral to caudal direction.  Further, when this box is selected the image of the lead shall flip 180°.  As the user repetitively selects this box it shall toggle.  The word retrograde shall be clearly marked for the box.

- The same graphic image that is on the "Lead Configuration" screen to show the user the relative relationship of the leads to the spine shall be on this screen.  As a specific lead line item is selected for either the model number or retrograde box the corresponding lead shall be highlighted on the graphic image.

#### 4.9.4.1    Hyperlinks

  o   "Back" shall move to the "Lead Configuration" screen.

  o   "Next" shall move to the "Hardware Configuration Summary" screen and save the data to the Database.

#### 4.9.5    Hardware Configuration Summary – screen

This screen is the last configuration screen.  For a patient with a completed configuration in the database this is the first and only configuration screen when the Global Hyperlink button "Config" is selected.  This single screen allows the user to know the relative locations of the leads and the model numbers for all of the implanted hardware.

Modula Specification
Clinician's Programmer

- The title "Hardware Configuration Summary" shall appear on the screen.
- This screen displays only the following information:
  o Model number for each implanted lead.
  o Model number for the IPG or ETS and the serial number.
  o The model and serial number for the assigned HHP (Remote).
  o The same graphic image that is on the "Lead Configuration" screen to show the user the relative relationship of the leads.

### 4.9.5.1   Hyperlinks

  o Modify – this redirects the user to the "Number of Leads" screen for correction and restarts the Lead Configuration of screens sequence.
  o "Connections" – this shall take the user to the Connections screen.
  o When "Finish" is selected, the user shall return to the "Start" screen
  o "Impedances" shall be available and shall direct the user to the "Impedances" screen.

## 4.10   Impedances – Screen

This screen allows the user the opportunity to check the electrical continuity of the system.  It also shall display the impedance values for each contact.

- Entry to this screen is accomplished by one of two methods, entry from the "Hardware Configuration Summary" screen or entry from the "OR Mapping" screen.
- The screen shall display two columns of eight contacts.  There is no relationship between the display and the lead configuration.  Each contact has an associated contact number.
- Entry into the screen triggers the impedance measurement of the contacts.  Beside each graphic electrode representation shall be a numerical field to display the impedance value for that electrode.
- If an impedance measurement is greater than the maximum allowed impedance , the graphic image for that specific electrode shall be  visible but marked with a red X indicating an open connection.
- A Measurement button on the screen shall repeat the impedance measurement and up date the value fields and the graphic image every time this button is selected.

### 4.10.1  Hyperlinks

"OK " shall return the user to the screen they came from when impedance was selected. It shall also save the impedances to the Database if a patient is currently in session.  Either screen, the "Hardware Configuration Summary" screen or the "OR Mapping" screen's graphics, when displayed by virtue of returning from the impedance screen shall update the graphic electrode images based upon the impedance.  If an impedance measurement is deemed open circuit the graphic image for that specific electrode shall still be visible but should be different than the normal electrodes indicating an open connection.

## 4.11   Connections - Screen

This screen is entered form the "Hardware Configuration" screen.  It allows the user to correct a lead configuration that is incorrect due to leads or extensions being placed in the wrong ports of the IPG header or extension.

- This screen can only be entered from the lead configuration screen..

CONFIDENTIAL                                                                                          NEVRO_BSXCA0113935

Modula Specification
Clinician's Programmer

- The assigned lead models shall be displayed in a vertical linear fashion with the electrodes currently assigned to each lead model displayed beside the lead.  In addition to the current electrode number assignments a change box shall be displayed for each lead with a drop down box showing acceptable electrode choices.

The model number has inherent to the logic the partitioning of the electrode choices.  For example, an eight electrode lead can only have 1-8 or 9-16 while 4 electrode leads can have four choices of 1-4, 5-8, 9-12, and 13-16.  When a lead is selected all possible choices have to be displayed excluding the present assigned electrodes.

### 4.11.1  Hyperlinks

- o  "Cancel" shall send the user back to the "Hardware Configuration Summary" screen without saving the changes.
- o  "Ok" shall save the changes made and return the user to the "Hardware Configuration Summary" screen.

## 4.12   Navigator – Screen & Button

The Navigator allows the user to perform a rapid patient fitting.  In order  to perform this fitting the lead configuration must be known in the patient's database information.  Then based upon the lead configuration a measurement steering table is selected by the software appropriate for the patient.

### 4.12.1  Configuration Determination

If the Navigator is selected by virtue of the global button and the lead configuration has not been selected, the user is automatically directed to the progression of Configuration screens.

### 4.12.2  Threshold Measurement Calibration – Navigation Screen #1

- Once per session this screen must be entered and completed prior to progression to the Navigation.  This screen is where the maximum and minimum thresholds are determined.  Up to 8 maximum and 2 minimum threshold measurements are determined and recorded. .

- A graphic display consisting of 2 arrows, one down and one up, shall be present to change the amplitude.  Each press of the respective arrow shall change the level a unit step. This may result in pulse width, rate or amplitude being incremented depending on the fitting algorithm.

- Up to 8 graphic maximums, dependent on the number of leads and 2 min threshold displays shall be present.

- The entry into the first graphic max and min threshold display shall automatically begin with the activation of the screen.  A min button shall be available and active while the max button is deactivated.

- When the min button with the amplitude above 0 mA is selected the value shall become remembered for future storage to the patient record and the min button shall become inactive while the max button shall be active.

- Once the max button is selected, the amplitude is returned to zero and the next electrode is selected and the process is repeated.  This is continued until all pairs of thresholds are taken for all of the electrodes.

- The label of "Threshold Calibration" shall appear on the screen.

- The individual maximum thresholds shall be shown on the individual level graphics in a different color than the minimum thresholds.

- Selecting the specific graphic image can redo any completed Max and Min measurements.  Selecting a previous graphic image shall result in the Min button being activated  and the

CONFIDENTIAL                                                                                    NEVRO_BSXCA0113936

amplitude being set to zero.  Once the Min button is selected, the previous Min and Max levels are erased permanently and the new Min level is shown.

Once all of the Max and Min thresholds are measured, the Next button is enabled and the user is allowed to move to the steering screen.  Also, text shall appear on the screen instructing the user to select the best coverage configuration that gave the patient the best paresthesia.  Multiple choices are allowed with the last selection being the selected bipole.  This bipole points to the start of the steering table to be used in the Navigation screen.

- When the preferred configuration is selected the existing stimulation configuration current amplitude is turned off and the selected configuration's current amplitude is ramped to the minimum stored level.

### 4.12.2.1    Hyperlinks

- Back -   Returns the user to the previous screen prior to entry to this screen.   If any data has been entered on this screen it shall be lost permanently.

- Next – Its action is to move to the Navigation screen #2.

### 4.12.3  Steering – Navigation screen #2

This screen provides rapid changing of pre-selected electrode configurations based upon the lead configuration entered for the patient.  Amplitude is also pre-selected.

- A sub title of "Navigator" shall appear on the screen.

- Entry to this screen stops all stimulation unless it is from the Threshold Measurement Calibration screen.

- A graphical display gives visual feedback to the user of the progression of different electrode configurations.  A relational target on the display shall move representative to the stimulation moving on the electrode array.  The left to right movement of the target on the display shall be scaled to match the movement range on the left to right on the electrode array.  Correspondingly up and down shall have the same relationship.

-  Up/Down/Left/Right buttons drive the steering configurations with the visual display.

- Left/right navigator buttons are disabled unless horizontal steering is available.

- An up and down arrow button controls amplitude.  It shall have a label of "Level" with no value display.

- A mark button stores the stimulation settings at that time, and displays a corresponding mark on the graphic.

- Marks can be selected from a sequential scrollable numbered list.

- The screen shall be both marked as Navigator and with a unique label.

- Progression through the pre-selected electrode configurations is done by a peripheral device such as a keypad/joystick, or by the clinician interface utilizing parallel control for the Clinician and patient

- The user can select an area on the graphic display to jump the stimulation to a different location in the steering tables.

- When jumps occur the amplitude at the configuration prior to the jump is set to zero prior to the selection of the new configuration.  At the new configuration the amplitude stays at zero output and requires the user to manually increase the stimulation level.

- The Navigator shall use only one channel for setting combinations during programming.

Modula Specification
Clinician's Programmer

- The Navigator shall set the total current (amplitude) at any given combination as indicated by the level control and the steering algorithm. This level shall be dynamically adjusted for subsequent electrode combinations as additional information is entered by adjustments to the amplitude for previous combinations.

- Pulse rate for the Navigation is that which is previously set upon entry to this suite of screens.

- A "Clear" button shall exist that when activated shall clear all Marks saved on this screen.

### 4.12.3.1    Hyperlinks

- Back – This button moves the user to Lead Threshold Calibration screen with all previous threshold values not being stored.  The exception is that upon entry to Steering - Navigation screen, if no configurations have been Marked then Back shall return the user to the Lead Measurement Calibration screen the previous measurement values being displayed with the text on the screen requesting the user to pick the best bipole.

- Next – This button moves the user to the Area Programming screen with the last configuration being used by the Area Programming screen. Exit of this screen maintains the Marked areas.

- "E"  – This button shall replace the scrollable list of marks with the electrode information found on the manual screen.  All electrodes' state, cathode, anode or off shall be seen with the % current on each active electrode except those electrodes set to 0 mA.  In addition the pulse width and rate shall be displayed.  On this screen a Return button shall be available to return the screen to the condition prior to touching the Leads button.

### 4.12.4   Area Programming – screen

The previous screen stores the electrode configuration and current electrode percentages for the best configuration.  This screen allows for the association of the paresthesia to a relative location.  In addition it allows for multiple configurations to be part of a single program to be downloaded to the Remote.

- The screen shall be marked as "Coverage Areas".

- The stimulation from the previous screen shall continue upon screen entry.

-  Up to four Stimulation areas shall be noted on the screen.  The last active stimulation configuration used on the Navigation screen shall be associated with an  "area".  The default area to be associated shall be the 1st area provided if it is undefined.  If the first area is defined, then the next undefined area shall be selected.

- Each area displayed shall have an amplitude control, an On/Off and a delete for the respective area.

- Upon screen entry, the available display area shall display italicized text "Enter Stimulation Map"

- The Graphic  Module is present on this screen.  As the body areas are selected to indicate paresthesia on the graphic image the selected area shall be auto populated with the text that describes the paresthesia area.

- If no paresthesia region is selected, the consecutive areas shall be named by default 1 area, 2 area, 3 area and 4 area within each program.

- The nomenclature for the area shall be made up of two parts, an integer from 1 to 4 indicating the respective area being defined and text as defined in the Pain Control Module section.

- Each area can have the respective area amplitude increased or decreased by the respective channel control.

CONFIDENTIAL                                                                                    NEVRO_BSXCA0113938

Modula Specification
Clinician's Programmer

- The last Marked stimulation configuration from the Navigator screen is associated with a bolded Area compared to the others upon entry and all are selectable.

- Previously navigated areas can be turned on simultaneously, which maps respective coverage areas on the figure. However, no paresthesia entries can be made when more than one channel is stimulating.

### 4.12.4.1    Hyperlinks

- Back – Selection of this button returns the user to the Steering screen. The Marks made in the Steering screen are not cleared but remembered from the past entries. All stimulation is turned "Off".

- Add Another Coverage Area - Selection of this button saves the current area information and returns the user to the Steering screen.

- Next – Saves the defined areas and the amplitude settings as the "Active" settings. Progression to the "Remote" screen occurs.

## 4.13    Remote Programming – screen and Global Button

This screen allows the active and historic stimulation programs to be stored to the patient's Remote.

- Upon entry to the screen all stimulation shall be maintained.

- All existing patient programs in the patient's Remote, up to 4, shall be displayed. Empty programs are identifiable (empty slot), and a selected program is highlighted.

- The active program shall be displayed on a Graphic Module.

- If the "Save To" button is selected the active program shall be saved to the first unused or user selected program area. If the program area selected is to overwrite an existing program, a warning notifying the user and asking if overwriting is desired shall appear.

- Selection of a program slot shall be highlighted.

- A preview/stop preview button shall temporarily activate a selected program (ramp up), after turning off active settings. If pressed, any active stimulation is temporarily turned off, and the selected program is ramped up. Stop preview shall turn off the selected program and ramp up the previously active settings. No other selections shall be possible while a preview is ongoing, except to activate that program (all other selections prompt a "Stop Preview before proceeding. OK" dialog box).

- Selection of an "Activate" button shall initiate a selected program to become the new Active Settings.

- Selection of a "Delete" button shall delete the highlighted Program.

### 4.13.1  Hyperlinks

- Finish – Returns to the Main screen

- Back – returns to the screen prior to entering the Remote Programming Screen.

- Patient options – This button pops up the Patient Options dialog.

- Battery  – This button pops up the Battery Charging Recommendation and the current battery charge status dialog.

- Program Database – This button shall bring up the program database screen.

## 4.14    Program Database - Screen

This screen allows the user to select programs from the database (for that patient)  and activate or

Advanced Bionics
Corporation

Document No. :RD0158

{ DATE \@ "MM/dd/yy" } Page
17

NEVRO_BSXCA0113939

Modula Specification
Clinician's Programmer

preview those programs.

- Appearance of the screen shall be   similar to the Remote screen.  All functions of the screen shall act as specified in the remote control screen with the exceptions noted in this section.

- Instead of current remote programs, historical programs are available from the database. These programs can be selected, previewed and activated.

- The Program Database display shall have scroll bars to move through the database.

- Depression of the scroll bar arrows shall scroll the clinician through the programs.

### 4.14.1  Hyperlinks

- Finish – Returns to the Main screen

- Back – shall be disabled.

## 4.15  Battery Status Screen

This dialog shall be accessible from the Remote screen.  This screen utilizes the data from the programs displayed on the remote screen and recommends a charging regimen.  In addition it displays the current battery status.

### 4.15.1  Hyperlinks

- OK – This buttons shall return the user to the Remote screen.

## 4.16  Patient options – Pop up

The system shall remember default parameters for each patient.  This button allows for the viewing and editing of those parameters. The following parameters shall be available as settable options.

- Lock outs
  - o   Pulse Width
  - o   Rate
- Maximum allowed amplitude
- Cycle On time Cycle Off time
- Ramp time

### 4.16.1  Hyperlinks

- Cancel (or Exit) -Returns without changes

- Ok – Shall accept  changes  and apply all updates to the active and remote programs and returns to the Remote screen.  If the amplitude maximum has been decreased and an active or remote program's amplitude is above the new maximum, a warning dialog shall be displayed asking the user if the new maximum is to be used.

## 4.17  Manual Programming – Screen & Global Button

This screen shall allow manual control of selected parameters without requiring a lead configuration to have been entered for the patient.  It fulfills the classic control for stimulation.  The parameters controlled on this screen are as follows:

- Area control – On/Off, pulse width, amplitude, frequency, corresponding paresthesia, electrode configuration and % current for each electrode in the configuration.

- Multiple area control – independent selection of areas with the capability of each area stimulating.

Advanced Bionics          Document No. :RD0158          { DATE \@ "MM/dd/yy" } Page
Corporation          18

          NEVRO_BSXCA0113940

Modula Specification
Clinician's Programmer

- Global amplitude control of all stimulating areas.
- Entry to this screen generates an automatic impedance check of the electrodes.  The currently available impedance information shall be used in the graphic representation of the electrodes.

### 4.17.1  Display & Function

The Screen shall be split into three sections from left to right respectively: Area selections and parameter control, electrode selection and current state control, and Graphic Module.  There are two modes of operation Global or single area.  Single area operation, the default, shall allow all parameter control such as amplitude, pulse width, frequency, electrode state, electrode polarity and paresthesia to be Modified.  When a different area is selected, the previous area's parameters shall be left at the setting state at the time of change.

The Global operation shall allow multiple areas to be displayed and controlled.  However, a limited set of functionality shall be allowed when in Global mode. The Graphic Module shall reflect paresthesia for the areas that are stimulating.  Since the paresthesia coverage is entered per area, if more than one area is "On" the paresthesia coverage shall have to be "Or"ed.  If in Global Mode, then new paresthesia coverage cannot be entered into the Graphic Module. Under the global mode, only amplitude shall be available for adjustments.  All stimulating areas shall be increased in unit increments of amplitude.  If one area reaches its maximum programmable amplitude, the other areas shall still change.

### 4.17.2  Area Selections and Parameter control

- The active program, only one, in the ETS or IPG is displayed on the screen.
- If a program has been made active from any other screen, this active program shall be available in this section of the screen with its defined areas.
- Any program can have up to four areas defined. For each of the four areas there shall be an area display.
- A graphic indicating the respective area of the program shall be displayed.
- This graphic for each area shall have animated image indicating whether the area is stimulating.
- If a program has less than four areas defined, the undefined areas shall have all electrodes blanked.
- To control the parameters of a specific area the area in question has to be selected. Any area shall be selectable.  The selection of a different area shall gray the existing selected area and switch the displayed controls to that of the selected area.
- Stimulation status shall be indicated by a textual and visual means.
- The area control shall have displays and controls for frequency, rate and amplitude.
- The "Area Amplitude Limit" is an algorithm that limits the current available to an area.  This limit is 12.7ma per electrode or 20ma total per area.  When this limit is reached the amplitude control shall limit further increases.
- In the global mode, the graphic amplitude indicator bar shall no longer be visible. The frequency and pulse width controls shall also be hidden.
- While under the control of the Global button the amplitude limit each area shall be limited by the "Area Amplitude Limit."

CONFIDENTIAL                                                                                                    NEVRO_BSXCA0113941

Modula Specification
Clinician's Programmer

- All cross-checks for validation a program shall be performed and the user shall be warned of any conflicts.  For a list of cross-check needed, please refer to the Spinal Cord Stimulator Functional Specification for the Internal Pulse Generator.

### 4.17.3   Electrode Selection and Control

- The middle of the screen allows for individual control of the electrode configuration.  During the Global mode this section of the screen is inactive and has no functionality. A graphic display of two columns of 8 contacts shall be present.  From the impedance measurement those contacts which are deemed to be open circuit shall be visually differentiated.

- Parameter controls on this section of the screen shall determine the current splitting between electrodes, via %.

- The state of the electrodes of the selected area shall be displayed, + for anode, - for cathode and plain for not active.  Each active electrode shall have the respective % of current.  The total sum of the percentages for cathodes must equal 100% and also 100% for the anode sum.

- A selection of an electrode shall first select the electrode.  Then subsequent selection  shall toggle it from cathode to anode to off.

- An up and down arrow button shall allow the respective increase or decrease of the current percentage on the highlighted electrode.  When the first electrode is selected for either an anode or cathode the % current starts at 100%.  Thereafter each added electrode starts with zero percent current.  Each increment or decrement of the respective button shall increase or decrease the current level on that electrode by 1 percent.  Since the total percent on any type of electrode (i.e. cathode or anode) can equal 100%, when a percent is added or subtracted from the highlighted electrode 1 percent is subtracted or added to the total percent of the same type (cathode or anode) electrode. The ratio of current between the same but non-selected electrodes remains the same as the active electrode percent is changed.

- The adjustment of % current and amplitude shall allow for a rapid change by selecting and holding the respective button.

### 4.17.4   Area naming

- Up to four Stimulation areas shall be noted on the screen.  The default area to be associated shall be the 1st area provided if it is undefined.

- As the body areas are selected to indicate paresthesia on the graphic image the selected area shall be auto populated with the text that describes the paresthesia area.

- If no paresthesia region is selected, the consecutive areas shall be named by default area 1, area 2, area 3 and area 4 within each program.

- The nomenclature for the area shall be made up of two parts, an integer from 1 to 4 indicating the respective area being defined and text as defined in the Pain Control Module section.

### 4.17.5   Hyperlinks

- Back – This selection and shall return the user to the screen that they had previously been on.

- Next – This selection shall move the user to the Remote Programming screen.  Only those areas that are currently stimulating shall be considered the Active Program.  Any areas that are not stimulation or are Off shall not be part of the Active Program in the Remote screen.

## 4.18   OR Mapping –Screen & Global Button

This screen is to be utilized to quickly assess a leads position and to determine a gross evaluation of the

Advanced Bionics
Corporation

Document No. :RD0158

{ DATE \@ "MM/dd/yy" } Page 20

NEVRO_BSXCA0113942

Modula Specification
Clinician's Programmer

paresthesia coverage.

### 4.18.1   Lead Configuration Requirements

This screen can be accessed without any data being logged into the configuration.

### 4.18.2   Display & Function

There are two modes of operation on this screen E-Trolling "On" or "Off".

- A graphic display of two columns of 8 contacts shall be present.  From the impedance measurement those contacts that are bad shall be marked as such.

- This screen shall contain the following parameter controls with values displayed with units.

  o   Current Amplitude – With increment and decrement buttons.

  o   Pulse Width– With increment and decrement buttons.

  o   Rate– With increment and decrement buttons.

  o   E-troll "On" or "Off" – this is a toggle button

  o   E-troll Up & down buttons

- Selection of amplitude up and down buttons shall allow the user to increase or decrease stimulation.  A graphic fuel gauge shall indicate the level of stimulation

- E-Troll "Off" operation- This operation shall allow the user to select any electrode configuration and to raise the current for stimulation on the configuration.

  o   Configuration change - Selection of any electrode shall highlight that electrode. Continued selection shall toggle the electrode to a cathode, anode and then off.  User selected anodes and cathodes shall be marked by a (-) for cathodes and (+) for anodes.

  o   A manual change in configuration shall result in the amplitude being set to zero.

Current shall be divided equally across the number of cathodes and anodes if more than one cathode or anode is selected.

- E-Troll "On" operation- This operation allows for the user to progress through a series of electrode configurations.

  o   The default selection shall be the top left most available configuration.

The user shall be able to select the electrode to start the configuration progression.

  o   Directional arrows   control the progression through a pre-determined series of electrode configurations.  Each electrodes state shall be displayed on the graphic electrode display to show the present cathode or cathodes with the % stimulation on each cathode.  If manual intervention has switched electrode configuration, the selection of the pre-selected electrode configuration resumes from the manually selected cathode.

  o   Stimulation starts with a zero amplitude.

  o   The cathodes only shall be displayed with the % of stimulation on the electrodes with the (-) symbol for the stimulating cathodes.

### 4.18.3   Hyperlinks

- Impedance - A button shall be available on the screen to determine the impedance.  This button shall be labeled $\Omega$ (graphic check mark).

Advanced Bionics
Corporation

Document No. :RD0158

{ DATE \@ "MM/dd/yy" } Page 21

Modula Specification
Clinician's Programmer

- Finish – This selection shall return the user to the "Start" screen.

## 4.19    Off – Global Button

This button when selected shall toggle off stimulation.  A second selection of this button shall toggle stimulation back on Any screen with an indication of stimulation shall indicate stimulation is off when this button has turned stimulation off.

## 4.20    Reports – Screen & Global Button

This screen allows the user to pull data from the database view, print and/or export it to an electronic storage medium.

### 4.20.1  Report Main Screen

Four hyperlink buttons shall be present to allow the user to access the four types of reports:

- Clinic Patient List
- Clinic Activity
- Patient Information and Case History
- Clinical Outcomes

### 4.20.2  Clinic Patient List

This report shall display up to all patient's in the database with the following patient specific information:

- Last Name
- First Name
- Patient numerical ID
- IPG/ETS serial number if known
- Implant detection date

#### 4.20.2.1    Filter list

The patient list displayed can be sorted by a list of qualifiers that can be selected prior to displaying the full list.  The default is all patients.  These qualifiers shall be:

- Implant date range
- Last Visit date range
- Serial number range
- Physician
- A button shall be present to allow for the report to be created from the sort criteria.

#### 4.20.2.2    Hyperlinks

- Print – Shall print reports.
- Export – Shall export the data to the drive and file name specified.
- Finish – Shall return the user to the Main Reports Screen.
- Back – Shall return the user to the previous screen.

### 4.20.3  Clinic Activity

This report shall display the following information per type of patient visit:

- Type of patient visit

Advanced Bionics                    Document No. :RD0158          { DATE \@ "MM/dd/yy" } Page
Corporation                                                                                    22

Modula Specification
Clinician's Programmer

- Patient Last and First name
- Patient ID number

A button shall be present to allow for the report to be created from the sort criteria.

### 4.20.3.1    Filter list

The Clinic Activity displayed can be sorted by a list of qualifiers that can be selected prior to displaying the full list.  The default is all visits for all patients.  These qualifiers shall be:

- Visit date range
- Physician

### 4.20.3.2    Hyperlinks

- Print – Shall prints report.
- Export – Shall exports the data to the drive and file name specified.
- Finish – Shall return to the Main Reports Screen.
- Back – Shall return the user to the previous screen.

### 4.20.4   Patient Information & Case History

This report displays all information relative to a patient.  Each category of information can be printed in part or whole selectable by the user.  The list of the following categories of information is displayed:

- Patient Information
    - o  Patient first and last name
    - o  Birth date
    - o  Address
- Clinical Information
    - o  Physician
    - o  Diagnosis
    - o  Implant detection date
    - o  Last visit Date
    - o  Reason for last visit
    - o  VAS stim On & Off
- Hardware Information
    - o  IPG/ETS model and Serial number
    - o  Remote Model and Serial number
    - o  Lead Model
- Stimulation Settings
    - o  All Program settings- Current and Remote program settings with Modified dates
- Use Profile Information
    - o  A Bar Graph of the last 30 days vs the stimulation hours per day per program.
    - o  Each program shall be represented by a color key beside the color key per program shall exist a count of the total activations per program for the last 30 days.

CONFIDENTIAL                                                                                          NEVRO_BSXCA0113945

Modula Specification
Clinician's Programmer

- o  For each of the 30 bars with each bar representing a day the height of the bar shall be equivalent to the total hours of stimulation for that day.  The color bar sections per day bar shall be proportional to the % each program has stimulated that day.
- Battery Use Information (Not available for ETS)
- o  Graph with the voltage vs time with the time equivalent to the sort criteria
- Case History
- o  Reason for visit and corresponding notes  for each visit
- o  Graph of all VAS scores both for stimulation On and Off vs time with the time scale equivalent to the sort criteria

#### 4.20.4.1    Filter Criteria

Besides being able to select the data to display the following list shall qualify the data to be displayed:

- Date range by today, last 2 days, last week, All
- A single patient or a range of patients can be selected via check boxes.

#### 4.20.4.2    Hyperlinks

- Print – Shall prints report.
- Export – Shall exports the data to the drive and file name specified.
- Finish – Shall return to the Main Reports Screen.
- Back – Shall return the user to the previous screen.

### 4.20.5  Clinic Outcomes

This report displays the analytics for the clinic.  The following information is displayed:

- Patient Population sample size
- Screening trial progression to implant.
- Diagnosis with the % and number of each diagnosis per the whole sort criteria.
- Mean duration of Implant
- Mean Patient age in years
- % of each sex in the sort population

#### 4.20.5.1    Filter Criteria

The following list qualifies the data displayed and the statistical results displayed.

- Physician
- Implant Detection Date range
- Last Visit Range
- Diagnosis

#### 4.20.5.2    Hyperlinks

- Print – Shall prints report.
- Export – Shall exports the data to the drive and file name specified.
- Finish – Shall return to the Main Reports Screen.

CONFIDENTIAL                                                                      NEVRO_BSXCA0113946

Modula Specification
Clinician's Programmer

- Back – Shall return the user to the previous screen.

### 4.20.6 Hyperlinks

Finish – This selection returns the user to the screen previous to the Reports button being selected.

## 4.21    Application – Screen & Global button

This screen establishes default patient options for new patients and establishes default parameters for the systems functions.

### 4.21.1 System Default values for Patient options

Changes to these program settings shall only create new default settings for new patients not existing patients.

- Rate (30 ppm)
- Pulse Width (210 $\mu$sec)
- Default language for the remote.
- Ramp up & Ramp down times (2 seconds & 2 seconds respectively)

### 4.21.2 Language (Remote Control)

This area of the system defaults determines the language to be displayed.  Options are as follows:

- English
- French
- Spanish
- Italian
- German
- Dutch

## 4.22    Start-Global Button

This button's selection returns the user to the Main Screen.    A patient session is defined as closed when the record is closed for a follow-up session.  At the time of closing backup shall occur.  If removable medium is present, the patient information for this session shall be copied to the medium.
 The following conditions shall close a session.

- The window close, the x in the corner of the screen is selected. Which returns the user to the Desk Top.
- A different HHP is detected in an open session that is not assigned to the present patient. While in session the CP will not check for the HHP in its normal mode of operation.  It shall check for the presence of the correct HHP and IPG/ETS if there were any timeout errors in previous programming commands.
- The Start Button is selected.

## 4.23   Backup

The patient database shall be backed up.

- The backup shall occur on separate medium than the patient database hard drive.
- The backed up data shall contain at anytime all data in the system.
- Following the close of a patient session or closing the application all data shall be maintained on a backup medium if a medium is present

Advanced Bionics                      Document No. :RD0158          { DATE \@ "MM/dd/yy" } Page
Corporation                                                                                              25

Modula Specification
Clinician's Programmer

- A new or replacement CP can have a patient database created from the original CP by moving the data off of the transportable backup medium to the new CP's hard-drive by using windows explorer.

- A volume label called Clinic shall identify the removable media as that in which the entire database is to be backed up. Any other label or no label shall indicate that the media shall be used for individual patient data backup.

## 4.24   Database Synchronization

This screen allows for the synchronization of patient data from the CP and to a removable media.

- Synchronization shall be allowed for patients in the system and for patients present on the removable media.

- Synchronization is a two way process. After synchronization, the synchronized patient's data in the system and the removable media shall be the same.

- The patient programming parameters shall be merged if different.

- If there is a conflict in the patient profile between the system and the media, the user shall be given the option of which profile to use for synchronization.

- Multiple patient records can be synchronized from one selection screen. The patient selection is by means of check boxes. It should be possible to select all patients with a "Select All" button for both the system and the media list of patients.

- A delete button is present that shall allow for the deletion of selected patient's data on the removable medium.

CONFIDENTIAL

NEVRO_BSXCA0113948