# EXHIBIT O



**Amy DeWitt**
+1 202.942.5823 Direct
Amy.DeWitt@aporter.com

November 3, 2017

**VIA EMAIL**

Kenneth A. Kuwayti
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
kkuwayti@mofo.com

   Re: *Nevro Corp. v. Boston Scientific Corp. et al.*, No. 3:16-cv-06830-VC
     (N.D. Cal.)

Dear Ken:

  I'm writing in response to your October 30, 2017 letter. The identification of additional former BSC employees who retained Advanced Bionics/Boston Scientific documents and went to work for Nevro necessarily raises additional questions, concerns, and requests.

  *First*, with respect to Mr. Marco, we have reached out to Jonathan Patchen concerning the hard drives at Mr. Marco's residence. We request that that any of Mr. Marco's Nevro-issued laptop(s) be quarantined and forensically imaged, to the extent it has not already been done. Once we have identification of the hard drives, we will request a registry report to determine whether any of those hard drives were inserted to any of his Nevro computers. Depending on the volume and content of these hard drives, we will ask you to perform additional searching as has been done to date for Mr. Thacker. We also request that Nevro run a search on Mr. Marco's Nevro-issued laptops for "BSC," "Boston Scientific," and "Advanced Bionics," and provide us with the results of those searches. If Mr. Marco had his own folder(s) on any of Nevro's shared drives, we ask that the same search be run on that folder(s).

  *Second*, with respect to Mr. Makous, please explain the circumstances as to how Nevro identified that he possessed Advanced Bionics/Boston Scientific documents since Mr. Makous left Nevro in 2008. Your letter refers to "the production of folders." If this is in reference to Mr. Makous's documents, please provide the number of folders, the location of these folders (*i.e.*, Nevro's shared drive?), the names of those folders, and

ARNOLD & PORTER
KAYE SCHOLER

November 3, 2017
Page 2

who had (or would have) access to those folders (i.e. were there any restrictions placed on who could access the folders.

*Third*, with respect to Mr. Park, we request the same information as requested of Mr. Makous. You write that these documents were on a hard drive. How did Nevro become aware of this hard drive only as of late October, particularly where Mr. Park is a named inventor and listed on Nevro's initial disclosures, and where Nevro presumably was in close contact with Mr. Park until his leaving in January 2017? Upon an initial review of the file listing provided by Mr. Hubin, it appears that, for the time period that Mr. Park worked at BSC (2005-08), he retained thousands of documents that on their face, appear to contain BSC confidential and proprietary information. (*See*, *e.g.*, "AdvBionics_SCSFinal_11May05.ppt," "Precision IDE Clinical Trial Summary.ppt," "Q4 2005 - Q4 2006 SCS Sales Plan- Revenue Plan 11-16-05.xls," "SCS Forecast & Review 10-18-2006.xls."

*Finally*, the number of former BSC employees who have appeared to violate their non-disclosure agreements and improperly possess confidential BSC information (and potentially disseminated and used that information at Nevro), is obviously troubling. We request that Nevro forensically image and search each employees' laptop and any dedicated network folders for "BSC," "Boston Scientific," and "Advanced Bionics." BSC is aware of at least the following employees:

1. Kerry Bradley, Director, Clinical Science & Research
2. Lisa Earnhardt, Member Board of Directors;
3. Doug Alleavitch, Vice President, Quality;
4. Reynaldo Nossa, Director of Technical Services;
5. Andreas Koenig, Sr. Clinical Affairs Manager;
6. David Marco, Sr. Field Clinical Engineer;
7. Tamara Baynham, Sr. Field Clinical Engineer;
8. Dan Hestera, Regional Sales Director;
9. Jeff Orr, Regional Sales Director;
10. Jim Sackleh, Regional Sales Director;
11. Richard James, Regional Sales Director;
12. Angela Holley, District Sales Manager;
13. Laurie Cigan, District Sales Manager;
14. Heather Moss-Gad, District Sales Manager;
15. Anthony Puglisi, District Sales Manager;
16. Cable Hawkins, District Sales Manager;
17. Matt Goldstone, District Sales Manager;
18. Phil Almeida, District Sales Manager;

ARNOLD & PORTER
KAYE SCHOLER

November 3, 2017
Page 3

  19. Ryan Livingston, District Sales Manager;
  20. Chris White, District Sales Manager;
  21. Lindsay Molden, District Sales Manager;
  22. Christine Biello, District Sales Manager;
  23. Chad Sellers, District Sales Manager;
  24. Brian Warriner, District Sales Manager;
  25. Scott Shoultz, District Sales Manager;
  26. Croix Paquin, District Sales Manager;
  27. Ashley Bailey, Therapy Consultant;
  28. Danielle Pronesti, Therapy Consultant;
  29. Mandy Cash, Therapy Consultant;
  30. Gretchen Thomas, Therapy Consultant;
  31. Will Windauer, Therapy Consultant;
  32. Kate Ginter, Therapy Optimization Specialist
  33. Kelly Engle, Therapy Support Specialist

Thank you for your attention to this matter.

.

            Sincerely,

            */s/ Amy DeWitt*

            Amy DeWitt