# EXHIBIT 1

# Redacted Version of Document Sought to be Sealed

*CONTAINS BSC'S HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION*

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
ERIC C. PAI (CA SBN 247604)
EPai@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Plaintiff
NEVRO CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEVRO CORP.,<br><br>  Plaintiff,<br><br>  v.<br><br>BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION,<br><br>  Defendants. | Case No.   3:16-cv-06830-VC<br><br>**NEVRO CORP.'S REVISED FIRST SET OF EMAIL DISCOVERY REQUESTS TO DEFENDANTS**<br><br>*CONTAINS BSC'S HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION* |

*CONTAINS BSC'S HIGHLY CONFIDENTIAL – ATTORNEYS'
EYES ONLY INFORMATION*

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and the parties' agreement under the ESI stipulation, and Defendants Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation (collectively, "Boston Scientific")'s request for a revised set of formal requests, Plaintiff Nevro Corp. ("Nevro") hereby requests BSC to serve a written response and to produce each of the documents and emails hereinafter described within thirty (30) days after service of the original requests on June 30, 2017.  The following instructions shall apply:

**INSTRUCTIONS**

1. These email discovery requests are separate and apart from Boston Scientific's obligation to produce documents pursuant to other document requests.

2. These instructions shall be deemed to seek production of email and documents to the full extent of the Federal Rules of Civil Procedure and the parties' agreement under the ESI stipulation.

3. You are to search and produce entire families of emails, including all attachments thereto.

4. Any email, attachment, or portion of an email or attachment that is withheld on the grounds of privilege shall be logged on a privilege log.

5. These requests are not case-sensitive and are not designed to be read as case-sensitive.

6. These requests are to be treated as having wildcard root expanders (e.g., *) before and after each of the terms.  For example, in Email Production Request No. 1, "HF" also covers "HF10" and "paresthesia" also covers "paresthesia-free."

7. Nevro considers each word or phrase next to a number to be a single search term. For example, in Email Production Request No. 1, Nevro considers "ACCELERATE" to be one search term, and it considers "paresthesia or parasthesia or paraesthesia" to be one search term.

8. Nevro reserves its rights to propound additional email discovery requests.  Nevro reserves the right to change the identified custodian and/or search terms if Boston Scientific has not preserved all emails for the identified custodian.

*CONTAINS BSC'S HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION*

# EMAIL PRODUCTION REQUESTS

**EMAIL PRODUCTION REQUEST NO. 1:**

Custodian: <u>Kaoru Lee Adair</u>

Search terms:

1. Nevro
2. ACCELERATE and (end or exten or complet or stop or delay or wait or modif or chang or "sub-study" or Senza or similar or copy or efficacy or effectiv or approv or success or fail or lawsuit or suit or infring or "safe harbor" or result or sell or sale or commercial or releas)
3. paresthesia or parasthesia or paraesthesia
4. ■
5. (hz or pps)/3 (2,000 or 2000 or 2 or 4,000 or 4000 or 4 or 10,000 or 10000 or 10)

Time frame: November 4, 2008 to the present

**EMAIL PRODUCTION REQUEST NO. 2:**

Custodian: <u>Rafael Carbunaru</u>

Search terms:

1. Nevro
2. paresthesia or parasthesia or paraesthesia
3. ■
4. (hz or pps)/3 (2,000 or 2000 or 2 or 4,000 or 4000 or 4 or 10,000 or 10000 or 10)
5. "high frequency" or "HF" or "high rate" or "high-rate"

Time frame: not time limited

**EMAIL PRODUCTION REQUEST NO.3:**

Custodian: <u>Jim Cassidy</u>

Search terms:

1. Nevro

*CONTAINS BSC'S HIGHLY CONFIDENTIAL – ATTORNEYS'
EYES ONLY INFORMATION*

2. ▮

3. ("high frequency" or "HF" or "high rate" or "high-rate") and (stimulat or operat or enabl or disabl or efficacy or effectiv or Senza or compar or prefer or like or choos or choice or lose or loss or switch or "low frequency" or releas or launch or sell or sale or commercial or compet)

4. paresthesia or parasthesia or paraesthesia

5. "sub-perception" or "sub perception" or "subperception" or "subthreshold" or "sub-threshold"

Time frame: November 4, 2008 to the present

**EMAIL PRODUCTION REQUEST NO.4:**

Custodian: Naz Wahab

Search terms:

1. Nevro

2. "high frequency" or "HF" or "high rate" or "high-rate"

3. paresthesia or parasthesia or paraesthesia

4. (hz or pps)/3 (2,000 or 2000 or 2 or 4,000 or 4000 or 4 or 10,000 or 10000 or 10)

Time frame: August 1, 2011 to the present

Nevro understands from Naz Wahab's public LinkedIn profile that he started working at Boston Scientific in August 2011. If Mr. Wahab started working for Boston Scientific in any capacity earlier than this time, Nevro reserves the right to change the starting date for this request to an earlier date.

Nevro intends to identify additional search terms after Boston Scientific produces additional documents that Nevro has requested or will request.

*CONTAINS BSC'S HIGHLY CONFIDENTIAL – ATTORNEYS'
EYES ONLY INFORMATION*

Dated: July 26, 2017                    MORRISON & FOERSTER LLP


                                        By:  */s/ Kenneth A. Kuwayti*
                                             Kenneth A. Kuwayti

                                        Attorneys for Plaintiff
                                        NEVRO CORP.