1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
7  ERIC C. PAI (CA SBN 247604)
   EPai@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
10 Facsimile: 650.494.0794

11 Attorneys for Plaintiff
   NEVRO CORP.

12

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  NEVRO CORP., | Case No.   3:16-cv-06830-VC-MEJ |
| 18                      Plaintiff, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE JOINT STATEMENT RE DISPUTE OVER PROGAMMING PARAMETERS** |
| 19            v. | |
| 20  BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, | Trial Date:  October 29, 2018 |
| 21 | |
| 22                      Defendants. | |

23

24

25

26

27

28

1      Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Nevro Corp. moves to file under

2  seal portions of the Joint Statement Re Dispute Over Programming Parameters ("Joint

3  Statement") and portions of Exhibits A – D and F – R to the Joint Statement.

4      Portions of the Joint Statement, portions of Exhibit A to the Joint Statement, portions of

5  Exhibit B to the Joint Statement, portions of Exhibit C to the Joint Statement, portions of Exhibit

6  D to the Joint Statement, portions of Exhibit F to the Joint Statement, portions of Exhibit G to the

7  Joint Statement, portions of Exhibit H to the Joint Statement, portions of Exhibit I to the Joint

8  Statement, portions of Exhibit J to the Joint Statement, portions of Exhibit K to the Joint

9  Statement, portions of Exhibit L to the Joint Statement, portions of Exhibit M to the Joint

10  Statement, portions of Exhibit N to the Joint Statement, portions of Exhibit O to the Joint

11  Statement, portions of Exhibit P to the Joint Statement, portions of Exhibit Q to the Joint

12  Statement, and portions of Exhibit R to the Joint Statement contain material that Defendants

13  Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation ("BSC") have

14  designated as "Confidential" and "Highly Confidential – Attorneys' Eyes Only."  Nevro reserves

15  the right to challenge BSC's designation but submits this motion to file under seal based on

16  BSC's current designation.  Nevro expects that BSC will submit a declaration in support of

17  sealing this material pursuant to Civil Local Rule 79-5(e).

18      Redacted versions of the Joint Motion and Exhibits A – D and F – R to the Joint Motion

19  are being publicly filed.

20

21  Dated: December 15, 2017            MORRISON & FOERSTER LLP

22

23            By:    /s/ Kenneth A. Kuwayti

24            Kenneth A. Kuwayti

25            Attorneys for Plaintiff
            NEVRO CORP.

26

27

28