# EXHIBIT P

## Redacted Version of Document Sought to be Sealed

HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

Page 1

1          UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3            SAN FRANCISCO DIVISION
4
5  NEVRO CORP.,                      )
                                     )
6              Plaintiff,            )
                                     ) Case No. 3:16-cv-06830-CV
7        vs.                         )
                                     ) Volume I
8  BOSTON SCIENTIFIC CORPORATION     )
   and BOSTON SCIENTIFIC             )
9  NEUROMODULATION CORPORATION,      )
                                     ) Pages 1 to 332
10             Defendants.           )
   _____)
11
12
13
14
15  * HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY *
16
17
18      VIDEOTAPED DEPOSITION OF SRIDHAR KOTHANDARAMAN
19              Los Angeles, California
20             Friday, November 17, 2017
21
22
23
24  Reported by:
    ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
25  JOB NO. 133882



Page 65

1    location anywhere?
2            MR. AHADOME:  Objection.  Form.  Outside
3    scope.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21            MR. AHADOME:  Objection.  Form.  Outside
22   scope.
23
24
25