# EXHIBIT 6

# EXHIBIT D

## Unredacted Version of Document Sought to be Sealed

Message

| | |
|---|---|
| **From**: | Cassidy, Jim [/O=bsci/OU=bscexc1/cn=Recipients/cn=CASSIDYJ] |
| on behalf of | Cassidy, Jim [/o=bsci/ou=bscexc1/cn=recipients/cn=cassidyj] |
| **Sent**: | 5/22/2012 1:19:09 AM |
| **To**: | Holley, Justin [justin.holley@bsci.com] |
| **CC**: | Feinkind, Jesse [jesse.feinkind@bsci.com] |
| **Subject**: | High Frequency - Deep Dive Background (I) |
| **Attachments**: | NEVRO manual.msg; Competitive Role-Playing Exercise Deck (Nevro).ppt; Nevro Investment Case Overview v 6.ppt; Nevro Overview 30 Apr 2012.ppt; RE_ NEVRO Case - Vienna _ Dr. Wohak.msg |

Priority Order
- Nevro Investment Case
- Nevro Overivew
- Nevro Manual
- Competitive Role Playing
- Nevro Case - Wohak

Highly Confidential - Attorneys' Eyes Only

BSC-NVRO_00306895



High Frequency Investment Case Review

Summary
May 21st 2012

Highly Confidential - Attorneys' Eyes Only   BSC-NVRO_00307075

# Competitive Overview

**Boston Scientific**

| Nevro Clinical Data | Nevro International Commercialization | Nevro US Commercialization | St. Jude And Medtronic Status |
|---|---|---|---|
| **Presented 12 month data on EU clinical study in July 2011**<br>• N= 72<br>• 89% trial / perm<br>• 73% back pain relief<br>• 87% leg pain relief<br>• 61% of patients eliminate opiates<br><br>**Presented US feasibility data in December 2010**<br>• N= 24<br>• H2H vs. standard during trial only<br>• 88% of patients preferred Nevro stimulation | **Launched in EU in 2010**<br><br>**Estimated $7M - $9M in international sales in 2011 (5% market share)**<br><br>**Key markets:**<br>• AUS/NZ<br>• UK/IRE + Holland<br><br>**AUS market success**<br>• Converted 2 key BSN KOL accounts<br>• Switched ~30% of already implanted BSN patients to Nevro | **Initiated non-inferiority trial vs. BSN**<br>• Initiated in Q2 2012<br>• Estimated between 100 – 140 patients<br>• 12 month safety endpoint<br><br>**Received BSN bulk orders from 8 key US accounts in Q1 2012**<br>• 8 trialing and permanent systems<br>• Includes most top BSN KOLs<br><br>**Expect US launch between Q2 2014 – Q2 2015** | **Medtronic**<br>• Unclear<br>• Published animal study paper on high rate<br>• KOLs claim to have seen an MDT high rate IPG<br><br>**St. Jude**<br>• Unclear<br>• Burst stimulation study sponsored in Belgium in 2010 - 2011 |

2   Boston Scientific Confidential -- For Internal Use Only.  Do Not Copy, Display or Distribute Externally

Highly Confidential - Attorneys' Eyes Only

BSC-NVRO_00307076

## BSN High Rate Strategy – ▮▮▮▮▮▮▮

**Boston Scientific**

[redacted]

**Key risks identified**
- Clinical algorithm understanding
- Regulatory requests and timelines
- System capabilities under technical feasibility evaluation

**Believe High Rate Can Drive Significant Market Growth And Reduced Service Burden And We Are Well Positioned to Benefit**





Highly Confidential - Attorneys' Eyes Only                                                                        BSC-NVRO_00307079

