1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
7  ERIC C. PAI (CA SBN 247604)
   EPai@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
10 Facsimile: 650.494.0794

11 Attorneys for Plaintiff
   NEVRO CORP.

12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16

17  NEVRO CORP.,                          Case No.   3:16-cv-06830-VC-MEJ

18                   Plaintiff,            **NEVRO CORP.'S PUBLIC
                                           SUBMISSION OF ITS
19        v.                               OPPOSITION TO BSC'S
                                           MOTION FOR LEAVE TO
20  BOSTON SCIENTIFIC CORPORATION and      AMEND ANSWER AND
    BOSTON SCIENTIFIC NEUROMODULATION      COUNTERCLAIMS AND
21  CORPORATION,                           SUPPORTING DECLARATION
                                           PREVIOULSY FILED UNDER
22                   Defendants.           SEAL**

23

24                                         Trial Date:  October 29, 2018

25

26

27

28

On December 20, 2017, the Court issued an Order Denying Motion for Leave to Amend Answer and Counterclaim, and Denying Motions to Seal [Dkt. 247]. Nevro Corp. ("Nevro") was ordered to publicly file by December 27, 2017, all exhibits it filed in opposition to Boston Scientific Corporation's and Boston Scientific Neuromodulation Corporation's ("BSC") motion to amend. However, on December 22, 2019, BSC filed a Motion for Reconsideration of the December 20, 2017 Order. Because of BSC's motion for reconsideration, Nevro did not publicly file the documents on December 27, 2017. However, Nevro has now conferred with BSC to confirm that BSC no longer seeks sealing of certain exhibits to Nevro's opposition to BSC's motion to amend.

Therefore, in accordance with the Court's December 20 order, Nevro hereby refiles publicly Nevro Corp.'s Opposition to BSC's Motion for Leave to Amend Answer and Counterclaims (filed under seal at Dkt. No. 202-4, and with redactions at Dkt. Nos. 202-3 and 203), which contains one redaction requested by BSC. Nevro also hereby refiles publicly Exhibits A (filed under seal at Dkt. No. 202-6, and with redactions at Dkt. Nos. 202-5 and 203-2), G (filed under seal at Dkt. No. 202-14, and with redactions at Dkt. Nos. 202-13 and 203-8), J (filed under seal at Dkt. No. 202-16, and with redactions at Dkt. Nos. 202-15 and 203-11), K (filed under seal at Dkt. No. 202-18, and with redactions at Dkt. Nos. 202-17 and 203-12), L (filed under seal at Dkt. No. 202-20, and with redactions at Dkt. Nos. 202-19 and 203-13), and S (filed under seal at Dkt. No. 202-26, and with redactions at Dkt. Nos. 202-25 and 203-20) to the supporting Declaration of Kenneth Kuwayti (Dkt Nos. 202-1 and 203-1) that were previously e-filed under seal and which BSC has confirmed that BSC no longer requests to be filed under seal.

Nevro has not received permission from BSC to refile publicly Exhibits B (filed under seal at Dkt. No. 202-8, and with redactions at Dkt. Nos. 202-7 and 203-3), C (filed under seal at Dkt. No. 202-10, and with redactions at Dkt. Nos. 202-9 and 203-4), D (filed under seal at Dkt. No. 202-12, and with redactions at Dkt. Nos. 202-11 and 203-5), M (filed under seal at Dkt. No. 202-22, and with redactions at Dkt. Nos. 202-21 and 203-14), and N (filed under seal at Dkt. No. 202-24, and with redactions at Dkt. Nos. 202-23 and 203-15) to the Declaration of Kenneth

1  Kuwayti, and so has not refiled those documents while BSC's motion for reconsideration is still

2  pending.

3

4  Dated: December 29, 2017   MORRISON & FOERSTER LLP

5

6             By: */s/ Kenneth A. Kuwayti*

7                 Kenneth A. Kuwayti

8                 Attorneys for Plaintiff
               NEVRO CORP.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28