# EXHIBIT 4

Appointment

| | |
|---|---|
| **From**: | Kerry Bradley [/O=ADVANCED BIONICS CORPORATION/OU=ENGINEERING/CN=RECIPIENTS/CN=KERRYB] |
| **Sent**: | 9/26/2005 4:21:21 PM |
| **To**: | Michael Moffitt [mmoffitt@advancedbionics.com]; Dave Peterson [dave.peterson@advancedbionics.com]; Sridhar Kothandaraman [srik@advancedbionics.com]; Jim Thacker [james.thacker@advancedbionics.com]; Brit Gould [bgould@advancedbionics.com] |
| **Subject**: | Updated: EM3 or CRS Requirements |
| **Location**: | 2B |
| **Start**: | 9/28/2005 8:00:00 PM |
| **End**: | 9/28/2005 9:00:00 PM |
| **Show Time As**: | Tentative |
| **Required Attendees**: | Michael Moffitt; Dave Peterson; Sridhar Kothandaraman; Jim Thacker; Brit Gould; Kerry Bradley |

When: Wednesday, September 28, 2005 1:00 PM-2:00 PM (GMT-08:00) Pacific Time (US & Canada); Tijuana.
Where: 2B

*~*~*~*~*~*~*~*~*~*

**Hi all,**

**Sorry about this, I just realized this was during lunch.**

**I'm going to change it from 1-2PM on Wednesday in Room 2B.**

**Thanks,
Kerry**

Hi,

This meeting is to discuss the requirements for an "EM3" or Clinical Research System (CRS).

This is a souped-up version of EM2.1, where we have new software (and possibly hardware?) that can implement features of which the Precision system is capable but are not now being clinically employed.

Things such as:
- prepulsing
- very high rate (~10kHz)
- new Navigator tables/algorithms
- RC-based Navigation

Thanks!

Highly Confidential - Attorneys' Eyes Only                                                                                           BSC-NVRO_00472605