UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVRO CORP,<br><br>        Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION, et al.,<br><br>        Defendants. | Case No. 16-cv-06830-VC<br><br>**ORDER SETTING HEARING ON ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 294, 298 |

A hearing on the Order to Show Cause is set for April 5, 2018 at 10:00 in Courtroom 4.

Edward Han is ordered to appear personally at the hearing.

    **IT IS SO ORDERED.**

Dated: March 19, 2018

VINCE CHHABRIA
United States District Judge