UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVRO CORP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06830-VC (MEJ)<br><br>**ORDER RE: MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 334, 352, 361 |

The parties filed three Motions to Seal documents filed in connection with Plaintiff Nevro Corp.'s Motion for Leave to File a Motion for Reconsideration. Dkt. Nos. 334, 352, 361. The parties argue the Motions contain information Defendants Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation (together, "BSC") designated as confidential. BSC filed declarations in support thereof. Dkt. Nos. 336, 338, 352-1, 364-65. Having reviewed the parties' submissions, the Court finds good cause exists to seal this material. *See Center for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir.), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016) (applying the "less exacting 'good cause' standard" for sealed materials attached to a discovery motion). Accordingly, the Court **GRANTS** the Motions to Seal.

　　**IT IS SO ORDERED.**

Dated: May 17, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge