Krista M. Carter (State Bar No. 225229)
Email address: krista.carter@apks.com
Thomas T. Carmack (State Bar No. 229324)
Email address: tom.carmack@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California  94306
Telephone:    (650) 319-4500
Facsimile:     (650) 319-4700

Matthew M. Wolf (admitted *pro hac vice*)
Email address: matthew.wolf@apks.com
Edward Han (admitted *pro hac vice*)
Email address: edward.han@apks.com
Marc A. Cohn (admitted *pro hac vice*)
Email address: marc.cohn@apks.com
Amy L. DeWitt (admitted *pro hac vice*)
Email address: amy.dewitt@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:    (202) 942-5000
Facsimile:     (202) 942-5999

Attorneys for Defendants
BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC NEUROMODULATION
CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEVRO CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, <br><br> Defendants. | Case No. 3:16-cv-06830-VC <br><br> **DECLARATION OF PATRICK REIDY REGARDING POST-HEARING SUBMISSION OF PROSECUTION HISTORY OF U.S. PATENT NO. 8,768,472** |

I, Patrick Reidy, declare as follows:

1. I am an attorney admitted to practice law in the State of Illinois (State Bar No. 6313802) and in the District of Columbia (1026898). I am also admitted to appear in *pro hac vice* in this matter. *See* Dkt. No. 215. I am an Associate at the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation (collectively "BSC"), the defendants in the above-captioned matter. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration and the attached exhibits in response to the Court's request that BSC submit into the record the documents supporting its undisputed contention that the preamble to claim 1 of U.S. Patent No. 8,768,472 is a limitation on claim 1. *See* Dkt. No. 427 at 72:19-73:3. I have attached as Exhibit 1 a document showing on page Bates-numbered NEVRO_BSXCA0047590 that prosecution counsel for Nevro stated unequivocally during prosecution that the phrase "without relying on paresthesia or tingling to mask the patient's sensation of pain"[1] in the preamble of then-pending claim 19 should be accorded patentable weight. I have attached as Exhibit 2 a document which shows that then-pending claim 19 was issued as claim 1 to U.S. Patent No. 8,768,472.

4. Attached hereto as **Exhibit 1** is a true and accurate copy of a document entitled, "Amendment in Response to Non-Final Office Action Under 37 C.F.R. 1.111," Bates-numbered NEVRO_BSXCA0047578-47597. This document was excerpted from a true and accurate copy of the United States Patent Office certified file wrapper for U.S. Patent No. 8,768,472 served by Nevro in this case.

5. Attached hereto as **Exhibit 2** is a true and accurate copy of a document which maps the claims as numbered during prosecution to the claims numbered as-issued. Claim 19 during prosecution corresponds to as-issued claim 1. This document was excerpted from a true

---

[1] Both parties have interpreted this limitation as meaning non-paresthesia producing. *See* Dkt. No. 427 at 81:25-82:13.

and accurate copy of the United States Patent Office certified file wrapper for U.S. Patent No. 8,768,472 served by Nevro in this case.

6. Attached hereto as **Exhibit 3** is a true and accurate copy of a document containing an "Applicant-Initiated Interview Summary" from an interview that occurred on May 10, 2013. This document summarizes the "May 10 interview" that is referenced in Exhibit 1 on page Bates-numbered NEVRO_BSXCA0047590 and is provided here for completeness. The summary is consistent with the statements made in Exhibit 1. This document was excerpted from a true and accurate copy of the United States Patent Office certified file wrapper for U.S. Patent No. 8,768,472 served by Nevro in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2018, in Chicago, Illinois.

*/s/ Patrick. C. Reidy*
Patrick C. Reidy