UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVRO CORP,<br><br>   Plaintiff,<br><br> v.<br><br>BOSTON SCIENTIFIC CORPORATION, et al.,<br><br>   Defendants. | Case No. 16-cv-06830-VC<br><br>**ORDER RE PENDING MOTIONS TO SEAL** |

  Boston Scientific is ordered to file a single updated proposed order for the pending motions to seal related to claim construction, summary judgment and the motions to strike by Friday, July 13.  This proposed order should reflect the changes made in Boston Scientific's recent request to partially withdraw the motions to seal.  *See* Dkt. No. 419.  And the proposed order should not request sealing of those sections of documents that Nevro once asserted were confidential, but now believes can be filed publicly.  *See* Dkt. No. 403.  Finally, the order should include a list of documents initially filed under seal, by docket number, that the parties now agree can be filed publicly in their entirety.

  **IT IS SO ORDERED.**

Dated: July 10, 2018

                           VINCE CHHABRIA
                           United States District Judge