UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEVRO CORP., | Case No.   3:16-cv-06830-VC |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, | |
| Defendants. | |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court's Order re Claim Construction and Cross-Motions for Summary Judgment (Dkt. No. 449), and the Court's Order Dismissing Declaratory Judgment Claims Without Prejudice (Dkt. No. 476),

The Court hereby ENTERS FINAL JUDGMENT on Nevro Corp.'s First Amended Complaint in this matter in favor of defendants Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation.

Dated: July 30, 2018                     MORRISON & FOERSTER LLP


                                         By:   */s/ Michael A. Jacobs*
                                               Michael A. Jacobs

                                         Attorneys for Plaintiff
                                         NEVRO CORP.


Dated: July 30, 2018                     ARNOLD & PORTER KAYE SCHOLER LLP


                                         By:   */s/ Edward Han*
                                               Edward Han

                                         Attorneys for Defendants
                                         BOSTON SCIENTIFIC CORPORATION
                                         and BOSTON SCIENTIFIC
                                         NEUROMODULATION CORPORATION


**ORDER**

**IT IS SO ORDERED.**


Dated: July 31, 2018

                                         _____
                                         The Honorable Vince Chhabria
                                         United States District Judge