Krista M. Carter (State Bar No. 225229)
Email address: krista.carter@arnoldporter.com
Thomas T. Carmack (State Bar No. 229324)
Email address: tom.carmack@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306
Telephone:    (650) 319-4500
Facsimile:    (650) 319-4700

Matthew M. Wolf (admitted *pro hac vice*)
Email address: matthew.wolf@arnoldporter.com
Edward Han (admitted *pro hac vice*)
Email address: edward.han@arnoldporter.com
Marc A. Cohn (admitted *pro hac vice*)
Email address: marc.cohn@arnoldporter.com
Amy L. DeWitt (admitted *pro hac vice*)
Email address: amy.dewitt@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:    (202) 942-5000
Facsimile:    (202) 942-5999

Attorneys for Defendants
BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC NEUROMODULATION
CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEVRO CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, <br><br> Defendants. | Case No. 3:16-cv-06830-VC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR BSC'S BILL OF COSTS** |

Defendants Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation (collectively "BSC") and Plaintiff Nevro Corp. ("Nevro"), through their counsel of record, hereby stipulate as follows:

WHEREAS, BSC filed its Second Amended Bill of Costs on September 13, 2018 (ECF No. 490);

WHEREAS, Nevro filed its objections to BSC's Second Amended Bill of Costs on September 26, 2018 (ECF No. 491);

WHEREAS, the clerk taxed costs on November 20, 2018 (ECF No. 499);

WHEREAS, BSC has requested an extension of BSC's deadline to file a motion to review the Clerk's taxation of costs and the parties agree that the deadline shall be extended from November 27, 2018 to November 30, 2018 in light of the Thanksgiving holiday, and that Nevro's opposition will be due December 14, 2018 and BSC's reply on December 21, 2018;

WHEREAS, this extension and resulting briefing schedule will not impact any other case deadlines;

WHEREAS, there have been no previous time modifications to the deadline for BSC's motion to review the Clerk's taxation of costs;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by BSC and Nevro, and submitted for the Court's approval, as follows:

The briefing relating to BSC's motion for review of the Clerk's taxation of costs will proceed according to the following schedule:

| Event | Deadline |
| --- | --- |
| BSC's motion to review Clerk's taxation of costs | November 30, 2018 |
| Nevro's opposition | December 14, 2018 |
| BSC's reply | December 21, 2018 |

//

1

| | |
|---|---|
| Dated: November 21, 2018 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | By: */s/ Thomas T. Carmack* |
| | Thomas T. Carmack |
| | Attorneys for Defendants<br>BOSTON SCIENTIFIC CORPORATION<br>and BOSTON SCIENTIFIC<br>NEUROMODULATION<br>CORPORATION |
| Dated: November 21, 2018 | MORRISON & FOERSTER LLP |
| | By: */s/ Kenneth A. Kuwayti* |
| | Kenneth A. Kuwayti |
| | Attorneys for Plaintiff<br>NEVRO CORP. |

### ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: November 21, 2018

*/s/ Thomas T. Carmack*
Thomas T. Carmack

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Vince Chhabria
United States District Judge