| | |
|---|---|
| 1 | Krista M. Carter (State Bar No. 225229) |
|   | Email address: krista.carter@arnoldporter.com |
| 2 | Thomas T. Carmack (State Bar No. 229324) |
|   | Email address: tom.carmack@arnoldporter.com |
| 3 | ARNOLD & PORTER KAYE SCHOLER LLP |
|   | 3000 El Camino Real |
| 4 | Five Palo Alto Square, Suite 500 |
|   | Palo Alto, California  94306 |
| 5 | Telephone:      (650) 319-4500 |
|   | Facsimile:       (650) 319-4700 |
| 6 | |
|   | Matthew M. Wolf (admitted *pro hac vice*) |
| 7 | Email address:  matthew.wolf@arnoldporter.com |
|   | Edward Han (admitted *pro hac vice*) |
| 8 | Email address:  edward.han@arnoldporter.com |
|   | Marc A. Cohn (admitted *pro hac vice*) |
| 9 | Email address:  marc.cohn@arnoldporter.com |
|   | Amy L. DeWitt (admitted *pro hac vice*) |
| 10 | Email address: amy.dewitt@arnoldporter.com |
|    | ARNOLD & PORTER KAYE SCHOLER LLP |
| 11 | 601 Massachusetts Ave., NW |
|    | Washington, DC 20001-3743 |
| 12 | Telephone:      (202) 942-5000 |
|    | Facsimile:       (202) 942-5999 |
| 13 | |
|    | Attorneys for Defendants |
| 14 | BOSTON SCIENTIFIC CORPORATION and |
|    | BOSTON SCIENTIFIC NEUROMODULATION |
| 15 | CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEVRO CORP., | Case No. 3:16-cv-06830-VC |
| Plaintiff, | **DECLARATION OF CARSON D. ANDERSON IN SUPPORT OF BOSTON SCIENTIFIC'S MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS** |
| v. | |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, | |
| Defendants. | |

I, Carson D. Anderson, declare as follows:

1. I am an attorney admitted to practice law in the State of California (SBN 317308). I am an Associate at the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation (collectively, "BSC"), the defendants in the above-captioned matter. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of BSC's Motion For Review of the Clerk's Taxation of Costs.

3. Attached hereto as **Exhibit A** is a true and correct copy of this Court's May 26, 2017 Standing Order for Civil Cases Before Judge Vince Chhabria, rev.d, 5-26-17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 30, 2018 in Palo Alto, CA.

>   */s/*   *Carson D. Anderson*
>   Carson D. Anderson