**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEVRO CORP., | Case No. 3:16-cv-06830-VC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING BOSTON SCIENTIFIC'S MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS, ECF NO. 499** |
| v. | |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, | |
| Defendants. | |

1   This matter comes before the Court on Boston Scientific Corporation and Boston
2 Scientific Neuromodulation Corporation's ("BSC") Motion for Review of the Clerk's Taxation of
3 Costs. Having considered the arguments and papers submitted, as well as the pleadings and
4 materials lodged in this action, the Court finds compelling reason and GRANTS the motion,
5 taxing costs in the amount of $177,072.78.
6   IT IS HEREBY ORDERED THAT BSC's Motion for Review of the Clerk's Taxation of
7 Costs is GRANTED.

9   IT IS SO ORDERED.

12   Dated: _____    _____
13                                 The Honorable Vince Chhabria
                                   United States District Judge

1

[PROP] ORDER GRANTING BSC'S MOT. FOR REVIEW            CASE NO. 3:16-cv-06830-VC