Krista M. Carter (State Bar No. 225229)
Email address: krista.carter@arnoldporter.com
Thomas T. Carmack (State Bar No. 229324)
Email address: tom.carmack@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California  94306
Telephone:	(650) 319-4500
Facsimile:	(650) 319-4700

Matthew M. Wolf (admitted *pro hac vice*)
Email address: matthew.wolf@arnoldporter.com
Edward Han (admitted *pro hac vice*)
Email address: edward.han@arnoldporter.com
Marc A. Cohn (admitted *pro hac vice*)
Email address: marc.cohn@arnoldporter.com
Amy L. DeWitt (admitted *pro hac vice*)
Email address: amy.dewitt@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:	(202) 942-5000
Facsimile:	(202) 942-5999

Attorneys for Defendants
BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC NEUROMODULATION
CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEVRO CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, <br><br> Defendants. | Case No. 3:16-cv-06830-VC <br><br> **DECLARATION OF CARSON D. ANDERSON IN SUPPORT OF BOSTON SCIENTIFIC'S REPLY IN SUPPORT OF ITS MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS** |

I, Carson D. Anderson, declare as follows:

1. I am an attorney admitted to practice law in the State of California (SBN 317308). I am an Associate at the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation (collectively, "BSC"), the defendants in the above-captioned matter. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of BSC's Reply In Support of its Motion For Review of the Clerk's Taxation of Costs.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Docket of Case No. 4:10-cv-04947-CW, as referenced by *eBay Inc. v. Kelora Sys., LLC*, No. C 10-4947 CW (LB), 2013 WL 1402736, at *13 (N.D. Cal. Apr. 5, 2013). This excerpt comes from that Docket at ECF No. 181-5, page 31 which contains the "e-Stet Inv. No. L002081.01," as referenced by the opinion.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Docket of Case No. 4:10-cv-04947-CW, as referenced by *eBay*, 2013 WL 1402736, at *14. These excerpts come from that Docket at ECF No. 181-5, pages 41-46 which contain the relevant "eLit" invoices referenced by the opinion. Note that only those invoices containing expenses that were taxed are included.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the Docket of Case No. 4:10-cv-04947-CW, as referenced by *eBay*, 2013 WL 1402736, at *16-17. These excerpts come from that Docket at ECF No. 181-6, pages 26-38 and 40-46 which contain the relevant "Discover Ready" invoices referenced by the opinion. Note that only those invoices containing expenses that were taxed are included.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of Nevro Corp.'s Sixth Set of Requests For Production of Documents, dated August 3, 2017. While this document was designated as "Highly Confidential – Attorneys' Only Information," the excerpts included contain no such information.

1

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on December 21, 2018 in Palo Alto, CA.

                                                              /s/   *Carson D. Anderson*
                                                                      Carson D. Anderson

7  I attest that concurrence in the submission of this document has been obtained from the
8  other signatory.

10  Dated: December 21, 2018                                /s/   *Thomas T. Carmack*
                                                                            Thomas T. Carmack