# EXHIBIT A



e-Stet
448 S. Hill St.
Suite 608
Los Angeles, CA 90013

(213)744-1414

# Invoice

| Date | Invoice # |
|---|---|
| 01/31/2012 | LA002081.01 |

| Terms | Due Date |
|---|---|
| 30 Net | 03/01/2012 |

Newegg
16839 E. Gale Ave.
City of Industry, CA 91745

| Client Matter | Project |
|---|---|
| NEWEGG | Kelora |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 31.5 | • Full native file processing (per GB) | 175.00 | 5,512.50 |
| 26 | • Conversion of native files to TIFF format (per GB) | 400.00 | 10,400.00 |
| 5 | • Technical Services (Hourly) | 175.00 | 875.00 |
| 3 | • External USB hard drive | 85.00 | 255.00 |
| 3 | • Messenger | 62.00 | 186.00 |
| 2 | • FedEx Shipping | 66.00 | 132.00 |
| -1 | • Management Discount | 3,000.00 | -3,000.00 |

| | Total | $14,360.50 |
|---|---|---|