# EXHIBIT B



# Invoice

| | |
|---|---|
| Invoice Number: | 17154 |
| Invoice Date: | 8/31/2011 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA26792 | Kelora | Net 30 | 08/01/11 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 0.25 | GB of eData to TIFF Conversion | 137.50T |
| 1.75 | Hours of Data Management | 218.75T |

| | |
|---|---|
| Subtotal | $356.25 |
| Sales Tax (9.5%) | $33.84 |
| **Total** | **$390.09** |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

RECEIVED & APPROVED

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE



**eLit litigation solutions**

**Invoice**

Invoice Number: 18271
Invoice Date: 11/30/2011
eLit Tax Identification No: 42-1567713

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA27846 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 4,117 | Pages of Electronic Bates Numbering - 1st Prod Build | 41.17T |
| 168 | GB's of Data Filtering/Key Word Searching | 16,800.00T |
| 12 | Edata Conversion to TIFF - KELORA_01 | 6,600.00T |
| 19.25 | Hours of Data Management - Hosting Export / Production, Processing, Hosting Import / Overlay, DB Creation, DB Modifications & User Creation | 2,406.25T |
| 15.97 | GB's of Relativity Monthly Data Usage & Storage Fee - Volumes Imported: KELORA_01, KELORA_02 | 638.80T |
| 3 | Monthly User Access Fee | 300.00T |
| 2 | CDs Burned - Production | 30.00T |
| 2 | FedEx Shipping Charges | 93.78T |
| | *November 2011* | |

| | | |
|---|---|---|
| | Subtotal | $26,910.00 |
| | Sales Tax (9.5%) | $2,556.45 |
| | Total | $29,466.45 |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

RECEIVED & APPROVED

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**



# Invoice

| Invoice Number: | 18558 |
|---|---|
| Invoice Date: | 12/31/2011 |
| eLit Tax Identification No: | 42-1567713 |

**Remit to Address:**
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA28123 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 12,089 | Pages of Electronic Bates Numbering | 120.89T |
| 215.75 | GB's of Data Filtering/Key Word Searching | 21,575.00T |
| 1.25 | Edata Conversion to TIFF | 687.50T |
| 10 | Hours of Data Management - Hosting Export / Production, Processing, Hosting Import / Overlay | 1,250.00T |
| 16.26 | GB's of Relativity Monthly Data Usage & Storage Fee - Volumes Imported: KELORA_03 | 650.40T |
| 3 | Monthly User Access Fee | 300.00T |
| 2 | CDs Burned - Production | 30.00T |
| 2 | FedEx Shipping Charges | 93.78T |
| 2 | Delivered on Hard Drive | 350.00T |
| 1 | Zappos Travel Expenses - Pass Through Cost | 1,577.00T |
| | *December 2011* | |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

| Subtotal | $26,634.57 |
|---|---|
| Sales Tax (9.5%) | $2,530.28 |
| Total | $29,164.85 |

RECEIVED & APPROVED _____

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**



# eLit
litigation solutions

**Invoice**

Invoice Number: 18890
Invoice Date: 1/31/2012
eLit Tax Identification No: 42-1567713

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA28446 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 77.5 | GB's of Data Filtering/Key Word Searching | 7,750.00T |
| 0.5 | Edata Conversion to TIFF | 275.00T |
| 7,417 | Pages of Electronic Bates Numbering | 74.17T |
| 16.25 | Hours of Data Management - Hosting Export / Production, Processing, Hosting Import / Overlay, DB Creation, DB Modifications & User Support/Creation | 2,031.25T |
| 17.33 | GB's of Relativity Monthly Data Usage & Storage Fee - Volumes Imported: KELORA_05, KELORA_06, KELORA_07, KELORA_08 | 693.20T |
| 6 | Monthly User Access Fee<br>Users Added This Month: 3 | 600.00T |
| 4 | CDs Burned - Production | 40.00T |
| 4 | CDs Duplicated | 40.00T |
| 1 | FedEx Shipping Charges (6 Seperate Shipments)<br>*January 2012* | 291.55T |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

| | |
|---|---|
| Subtotal | $11,795.17 |
| Sales Tax (9.5%) | $1,120.54 |
| Total | $12,915.71 |

RECEIVED & APPROVED

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**



**eLit litigation solutions**

**Invoice**

Invoice Number: 19235
Invoice Date: 2/29/2012
eLit Tax Identification No: 42-1567713

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA28752 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 1 | Hours of Data Management - Processing | 125.00T |
| 17.33 | GB's of Relativity Monthly Data Usage & Storage Fee | 693.20T |
| 6 | Monthly User Access Fee -No User fee for 2 users : Fay and Lynn | 600.00T |
| 1 | FedEx Shipping Charge | 59.40T |

*February 2012*

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

| | |
|---|---|
| Subtotal | $1,477.60 |
| Sales Tax (9.5%) | $140.37 |
| Total | $1,617.97 |

RECEIVED & APPROVED

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**



**Invoice**

Invoice Number: 19567
Invoice Date: 3/31/2012
eLit Tax Identification No: 42-1567713

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA29051 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 1 | Hours of Data Management - Processing | 125.00T |
| 17.33 | GB's of Relativity Monthly Data Usage & Storage Fee | 693.20T |
| 6 | Monthly User Access Fee<br>-No User fee for 2 users : Fay and Lynn<br><br>*March 2012* | 600.00T |

| | |
|---|---|
| Subtotal | $1,418.20 |
| Sales Tax (9.5%) | $134.73 |
| Total | $1,552.93 |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

RECEIVED & APPROVED

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**