# EXHIBIT C

# DISCOVER READY

**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/25/2011 | 21107004 |

BILL TO

Hewlett-Packard Company
Attn:  Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | HP Kelora<br>0042197.00001 | | |
| | ##Electronic Discovery<br>##Media:  MEDIA000001.001 - MEDIA000001.003 | | |
| 0.87 | LJ01 Data Processing (per GB) | 400.00 | 348.00 |
| | ##Electronic Discovery<br>##CD Vol:  HPKE0001 - HPKE0006 | | |
| 6,054 | LJ01 Electronic Document Conversion (per page) | 0.04 | 242.16 |
| 6 | LJ01 Load File Preparation (per hour) | 44.00 | 264.00 |
| 6 | LJ01 CD | 10.00 | 60.00 |
| | ##Electronic File Export-Natives<br>##CD Vol:  HPKEN001, HPKEN002 | | |
| 2 | LJ01 Native File  Export (per GB) | 49.00 | 98.00 |
| 4 | LJ01 Load File Preparation (per hour) | 44.00 | 176.00 |
| 2 | LJ01 CD | 10.00 | 20.00 |
| | Total | | |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/25/2011 | 21107004 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn:  Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | ##Hosting | | |
| | ##July 2011 | | |
| | | | |
| 0.7 | LJ08 Data Formatting and Loading (per GB) | 200.00 | 140.00 |
| 0.74 | LJ02 Data Hosting Monthly Charge (per GB) | 35.00 | 25.90 |
| 5 | LJ02 Per user charge | 100.00 | 500.00 |

| | Total | $1,874.06 |
|--|-------|-----------|

**DISCOVER READY**
SDS 12-3107
PO Box 86
Minneapolis, MN 55486 - 3107

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 21108004 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn:  Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | HP Kelora<br>0042197.00001 | | |
| | ##Electronic Discovery<br>##MEDIA: Media000005 - Media000012,<br>Media000014 - Media000016 | | |
| 5.58 | LJ01 Data Processing (per GB) | 400.00 | 2,232.00 |
| | ##Electronic Discovery<br>##CD Vol: HPKE0007 - HPKE0045 | | |
| 340,025 | LJ01 Electronic Document Conversion (per page) | 0.04 | 13,601.00 |
| 39 | LJ01 Load File Preparation (per hour) | 44.00 | 1,716.00 |
| 39 | LJ01 CD | 10.00 | 390.00 |
| | ##Electronic File Export-Natives<br>##CD Vol: HPKEN003 HPKEN010 | | |
| 8 | LJ01 Native File  Export (per GB) | 49.00 | 392.00 |
| 16 | LJ01 Load File Preparation (per hour) | 44.00 | 704.00 |
| 8 | LJ01 CD | 10.00 | 80.00 |
| | | Total | |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 21108004 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn:  Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | ##Hosting - HP Review Database | | |
| | ##August 2011 | | |
| 19.2 | LJ08 Data Formatting and Loading (per GB) | 200.00 | 3,840.00 |
| 21 | LJ02 Data Hosting Monthly Charge (per GB) | 35.00 | 735.00 |
| 5 | LJ02 Per user charge | 100.00 | 500.00 |
| | ##Productions | | |
| | ##CD Vol: HPKE0003, HPKE0006, HPKE0009 | | |
| 4 | LJ08 Production Data Set (per hour) | 59.00 | 236.00 |
| 165 | LJ08 Bates Number & Electronic Conf Status (per page) | 0.02 | 3.30 |
| 1.5 | LJ08 OCR Export | 59.00 | 88.50 |
| 3.25 | LJ08 Load File Preparation (per hour) | 44.00 | 143.00 |
| 1 | LJ08 CD | 10.00 | 10.00 |
| | ##Production-Natives | | |
| | ##CD Vol: HPCN0001 | | |
| 1 | LJ08 Production Data Set Processing (per hour) | 59.00 | 59.00 |
| 1 | LJ08 Native File  Export (per hour) | 49.00 | 49.00 |
| 1.5 | LJ08 Load File Preparation (per hour) | 44.00 | 66.00 |
| | Total | | |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 21108004 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn:  Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 1 | LJ08 Freight Charges | 18.48 | 18.48 |
| | | Total | $24,863.28 |

**DISCOVER READY**
SDS 12-3107
PO Box 86
Minneapolis, MN 55486 - 3107

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/30/2011 | 21109003 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX 75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | HP Kelora 0042197.00001 | | |
| | ##Electronic Discovery ##MEDIA: Media000011, Media000017 - Media000030 | | |
| 7.28 | LJ01 Data Processing (per GB) | 400.00 | 2,912.00 |
| | ##Electronic Discovery ##CD Vol: HPKE0046- HPKE0080 | | |
| 113,583 | LJ01 Electronic Document Conversion (per page) | 0.04 | 4,543.32 |
| 35 | LJ01 Load File Preparation (per hour) | 44.00 | 1,540.00 |
| 35 | LJ01 CD | 10.00 | 350.00 |
| | ##Electronic File Export-Natives ##CD Vol: HPKEN011 - HPKEN020 | | |
| 10 | LJ01 Native File  Export (per GB) | 49.00 | 490.00 |
| 20 | LJ01 Load File Preparation (per hour) | 44.00 | 880.00 |
| 10 | LJ01 CD | 10.00 | 100.00 |
| | Total | | |

# DISCOVER READY

SDS 12-3107
PO Box 86
Minneapolis, MN 55486 - 3107

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/30/2011 | 21109003 |

BILL TO

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX  75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | ##Hosting - HP Review Database | | |
| | ##September 2011 | | |
| 10.5 | LJ08 Data Formatting and Loading (per GB) | 200.00 | 2,100.00 |
| 31.7 | LJ02 Data Hosting Monthly Charge (per GB) | 35.00 | 1,109.50 |
| 5 | LJ02 Per user charge | 100.00 | 500.00 |
| | ##Productions | | |
| | ##CD Vol: HPKE0041, HPKE0043, | | |
| | HPKE0057 - HPKE0058 | | |
| 4 | LJ08 Production Data Set (per hour) | 59.00 | 236.00 |
| 1,891 | LJ08 Bates Number & Electronic Conf Status (per page) | 0.02 | 37.82 |
| 2 | LJ08 OCR Export | 59.00 | 118.00 |
| 4.25 | LJ08 Load File Preparation (per hour) | 44.00 | 187.00 |
| 1 | LJ08 CD | 10.00 | 10.00 |
| | ##Production-Natives | | |
| | ##CD Vol: HPCPN0002 | | |
| 1 | LJ08 Production Data Set Processing (per hour) | 59.00 | 59.00 |
| 1 | LJ08 Native File  Export (per hour) | 49.00 | 49.00 |
| 1.5 | LJ08 Load File Preparation (per hour) | 44.00 | 66.00 |
| | | Total | |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/30/2011 | 21109003 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX 75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 1 | LJ08 Freight Charges | 18.56 | 18.56 |
| | | Total | $15,306.20 |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/31/2011 | 21110003 |

BILL TO

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | HP Kelora 0042197.00001 | | |
| | ##Electronic Discovery ##MEDIA: Media000031 - Media000032 | | |
| 0.82 | LJ01 Data Processing (per GB) | 400.00 | 328.00 |
| | ##Electronic Discovery ##HPKE0081 - HPKE0085 | | |
| 9,513 | LJ01 Electronic Document Conversion (per page) | 0.04 | 380.52 |
| 5 | LJ01 Load File Preparation (per hour) | 44.00 | 220.00 |
| 5 | LJ01 CD | 10.00 | 50.00 |
| | ##Electronic File Export-Natives ##CD Vol: HPKEN021 - HPKEN022 | | |
| 2 | LJ01 Native File  Export (per GB) | 49.00 | 98.00 |
| 4 | LJ01 Load File Preparation (per hour) | 44.00 | 176.00 |
| 2 | LJ01 CD | 10.00 | 20.00 |
| | ##Hosting - HP Review Database | | |
| | Total | | |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/31/2011 | 21110003 |

BILL TO

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX  75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | ##September 2011 | | |
| 4.5 | LJ08 Data Formatting and Loading (per GB) | 200.00 | 900.00 |
| 36.2 | LJ02 Data Hosting Monthly Charge (per GB) | 35.00 | 1,267.00 |
| 5 | LJ02 Per user charge | 100.00 | 500.00 |
| | | | |
| | ##Productions | | |
| | ##CD Vol: HPCP0003 - HPCP0006 | | |
| | | | |
| 16 | LJ08 Production Data Set (per hour) | 59.00 | 944.00 |
| 25,299 | LJ08 Bates Number & Electronic Conf Status (per page) | 0.02 | 505.98 |
| 8 | LJ08 OCR Export | 59.00 | 472.00 |
| 17 | LJ08 Load File Preparation (per hour) | 44.00 | 748.00 |
| 4 | LJ08 CD | 10.00 | 40.00 |
| 2 | LJ08 DVD | 10.00 | 20.00 |
| | | | |
| | ##Production-Natives | | |
| | ##CD Vol: HPCPN0003 - HPCPN0004 | | |
| | | | |
| 2 | LJ08 Production Data Set Processing (per hour) | 59.00 | 118.00 |
| 2 | LJ08 Native File  Export (per hour) | 49.00 | 98.00 |
| 2 | LJ08 DVD | 10.00 | 20.00 |
| 3 | LJ08 Load File Preparation (per hour) | 44.00 | 132.00 |
| | Total | | |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/31/2011 | 21110003 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn:  Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 1 | LJ08 Freight Charges | 38.08 | 38.08 |
| | | Total | $7,075.58 |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/30/2011 | 21111003 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn:  Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | HP Kelora | | |
| | 0042197.00001 | | |
| | | | |
| | ##Electronic File Export-Natives | | |
| | ##CD Vol: HPKN0001 | | |
| 1 | LJ01 Native File  Export (per GB) | 49.00 | 49.00 |
| 2 | LJ01 Load File Preparation (per hour) | 44.00 | 88.00 |
| 1 | LJ01 CD | 10.00 | 10.00 |
| | | | |
| | ##Hosting - HP Review Database | | |
| | ##November 2011 | | |
| | | | |
| 4.6 | LJ08 Data Formatting and Loading (per GB) | 200.00 | 920.00 |
| 40.8 | LJ02 Data Hosting Monthly Charge (per GB) | 35.00 | 1,428.00 |
| 5 | LJ02 Per user charge | 100.00 | 500.00 |
| | | | |
| | ##Productions | | |
| | ##CD Vol: HPCP0007 - HPCP0015 | | |
| | | | |
| 36 | LJ08 Production Data Set (per hour) | 59.00 | 2,124.00 |
| 54,141 | LJ08 Bates Number & Electronic Conf Status (per page) | 0.02 | 1,082.82 |
| 5 | LJ08 OCR Export | 59.00 | 295.00 |
| 12.25 | LJ08 Load File Preparation (per hour) | 44.00 | 539.00 |
| | Total | | |

**DISCOVER READY**
SDS 12-3107
PO Box 86
Minneapolis, MN 55486 - 3107

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/30/2011 | 21111003 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | AMR |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 2 | LJ08 DVD | 10.00 | 20.00 |
| 2 | LJ08 OCR (per Page) | 0.04 | 0.08 |
| | | | |
| | ##Production-Natives | | |
| | ##CD Vol: HPCPN0005 | | |
| | | | |
| 1 | LJ08 Production Data Set Processing (per hour) | 59.00 | 59.00 |
| 1 | LJ08 Native File  Export (per hour) | 49.00 | 49.00 |
| 1 | LJ08 DVD | 10.00 | 10.00 |
| 1.5 | LJ08 Load File Preparation (per hour) | 44.00 | 66.00 |
| 1 | LJ08 Freight Charges | 36.80 | 36.80 |
| | **Total** | | **$7,276.70** |

**DISCOVER READY**
SDS 12-3107
PO Box 86
Minneapolis, MN 55486 - 3107

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/31/2012 | 21200003 |

BILL TO

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX  75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | SMW |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | HP Kelora | | |
| | 0042197.00001 | | |
| | | | |
| | ##Electronic File Export-Natives | | |
| | ##CD Vol: HPKN0002 | | |
| | | | |
| 1 | LJ01 Native File  Export (per GB) | 49.00 | 49.00 |
| 2 | LJ01 Load File Preparation (per hour) | 44.00 | 88.00 |
| 1 | LJ01 CD | 10.00 | 10.00 |
| | | | |
| | ##Hosting - HP Review Database | | |
| | ##January 2012 | | |
| | | | |
| 4.6 | LJ08 Data Formatting and Loading (per GB) | 200.00 | 920.00 |
| 45.4 | LJ02 Data Hosting Monthly Charge (per GB) | 35.00 | 1,589.00 |
| 5 | LJ02 Per user charge | 100.00 | 500.00 |
| | | | |
| 1 | LJ02 Freight Charges | 19.23 | 19.23 |
| | Total | | $3,175.23 |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/29/2012 | 21202002 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX  75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | SMW |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | HP Kelora | | |
| | 0042197.00001 | | |
| | | | |
| | ##Electronic Discovery | | |
| | ##MEDIA: Media000033 - Media000036 | | |
| 0.24 | LJ01 Data Processing (per GB) | 400.00 | 96.00 |
| | ##Electronic Discovery | | |
| | ##CD Vol: HPKE0086 - HPKE0090 | | |
| 5,009 | LJ01 Electronic Document Conversion (per page) | 0.04 | 200.36 |
| 5 | LJ01 Load File Preparation (per hour) | 44.00 | 220.00 |
| 5 | LJ01 CD | 10.00 | 50.00 |
| | ##Electronic File Export-Natives | | |
| | ##CD Vol: HPKEN023 - HPKEN024 | | |
| 2 | LJ01 Native File  Export (per GB) | 49.00 | 98.00 |
| 4 | LJ01 Load File Preparation (per hour) | 44.00 | 176.00 |
| 2 | LJ01 CD | 10.00 | 20.00 |
| | ##Hosting - HP Review Database | | |
| | Total | | |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/29/2012 | 21202002 |

| BILL TO |
|---------|

| |
|--|
| Hewlett-Packard Company<br>Attn:  Jessica Watts<br>5400 Legacy<br>Plano, TX   75024 |

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | SMW |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | ##February 2012 | | |
| 0.7 | LJ08 Data Formatting and Loading (per GB) | 200.00 | 140.00 |
| 46.1 | LJ02 Data Hosting Monthly Charge (per GB) | 35.00 | 1,613.50 |
| 5 | LJ02 Per user charge | 100.00 | 500.00 |
| | | | |
| | ##Productions | | |
| | ##CD Vol: HPCP0003, HPCP0016 - HPCP0019 | | |
| | | | |
| 16 | LJ08 Production Data Set (per hour) | 59.00 | 944.00 |
| 5,462 | LJ08 Bates Number & Electronic Conf Status (per page) | 0.02 | 109.24 |
| 1 | LJ01 OCR (per page) | 0.04 | 0.04 |
| 4.5 | LJ08 OCR Export | 59.00 | 265.50 |
| 10.75 | LJ08 Load File Preparation (per hour) | 44.00 | 473.00 |
| 4 | LJ08 CD | 10.00 | 40.00 |
| 1 | LJ08 DVD | 10.00 | 10.00 |
| | | | |
| | ##Production-Natives | | |
| | ##CD Vol: HPCPN0003, HPCPN0006 - HPCPN0007 | | |
| | | | |
| 2 | LJ08 Production Data Set Processing (per hour) | 59.00 | 118.00 |
| 2 | LJ08 Native File  Export (per hour) | 49.00 | 98.00 |
| | Total | | |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/29/2012 | 21202002 |

| BILL TO |
|---|

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|---|---|---|---|---|
| HP Kelora | 39507225 | 1702 | Due on receipt | SMW |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 4 | LJ08 Load File Preparation (per hour) | 44.00 | 176.00 |
| 1 | LJ02 Freight Charges | 37.62 | 37.62 |
| | | Total | $5,385.26 |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/31/2012 | 21203001 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | SMW |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | HP Kelora 0042197.00001 | | |
| | ##Electronic Discovery ##Media: Media000037 - Media000038 | | |
| 0.39 | LJ01 Data Processing (per GB) | 400.00 | 156.00 |
| | ##Electronic Discovery ##CD Vol: HPKE0091 - HPKE0093 | | |
| 4,221 | LJ01 Electronic Document Conversion (per page) | 0.04 | 168.84 |
| 3 | LJ01 Load File Preparation (per hour) | 44.00 | 132.00 |
| 3 | LJ01 CD | 10.00 | 30.00 |
| | ##Electronic File Export-Natives ##CD Vol: HPKN0003 - HPKN0004 | | |
| 2 | LJ01 Native File  Export (per GB) | 49.00 | 98.00 |
| 4 | LJ01 Load File Preparation (per hour) | 44.00 | 176.00 |
| 2 | LJ01 CD | 10.00 | 20.00 |
| | ##Electronic File Export-Natives ##CD Vol: HPKEN025 - HPKEN026 | | |
| | Total | | |

**DISCOVER READY**
SDS 12-3107
PO Box 86
Minneapolis, MN 55486 - 3107

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/31/2012 | 21203001 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn: Jessica Watts
5400 Legacy
Plano, TX  75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | SMW |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 2 | LJ01 Native File  Export (per GB) | 49.00 | 98.00 |
| 4 | LJ01 Load File Preparation (per hour) | 44.00 | 176.00 |
| 2 | LJ01 CD | 10.00 | 20.00 |
| | | | |
| | ##Hosting - HP Review Database | | |
| | ##March 2012 | | |
| | | | |
| 0.9 | LJ08 Data Formatting and Loading (per GB) | 200.00 | 180.00 |
| 47 | LJ02 Data Hosting Monthly Charge (per GB) | 35.00 | 1,645.00 |
| 5 | LJ02 Per user charge | 100.00 | 500.00 |
| | | | |
| | ##Productions | | |
| | ##CD Vol: HPCP0020 - HPCP0022 | | |
| | | | |
| 12 | LJ08 Production Data Set (per hour) | 59.00 | 708.00 |
| 4,366 | LJ08 Bates Number & Electronic Conf Status (per page) | 0.02 | 87.32 |
| 3 | LJ08 OCR Export | 59.00 | 177.00 |
| 6.75 | LJ08 Load File Preparation (per hour) | 44.00 | 297.00 |
| 3 | LJ08 CD | 10.00 | 30.00 |
| | | | |
| | ##Production-Natives | | |
| | ##CD Vol: HPCPN0008 - HPCPN0009 | | |
| | | | |
| | Total | | |

**DISCOVER READY**
**SDS 12-3107**
**PO Box 86**
**Minneapolis, MN 55486 - 3107**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/31/2012 | 21203001 |

| BILL TO |
|---------|

Hewlett-Packard Company
Attn:  Jessica Watts
5400 Legacy
Plano, TX   75024

| MATTER | CAM NO. | S.O. NO. | TERMS | REP |
|--------|---------|----------|-------|-----|
| HP Kelora | 39507225 | 1702 | Due on receipt | SMW |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 2 | LJ08 Production Data Set Processing (per hour) | 59.00 | 118.00 |
| 2 | LJ08 Native File  Export (per hour) | 49.00 | 98.00 |
| 3 | LJ08 Load File Preparation (per hour) | 44.00 | 132.00 |
| 1 | LJ02 Freight Charges | 56.93 | 56.93 |

| | Total | $5,104.09 |
|--|-------|-----------|