# EXHIBIT D

*CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' ONLY INFORMATION*

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
ERIC C. PAI (CA SBN 247604)
EPai@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Plaintiff
NEVRO CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEVRO CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, <br><br> Defendants. | Case No.   3:16-cv-06830-VC <br><br> **NEVRO CORP.'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** <br><br> *CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS EYES' ONLY INFORMATION* |

**REQUEST FOR PRODUCTION NO. 160:**

All documents related to questions, concerns, opinions, and/or feedback from investors or potential investors related to Nevro.

**REQUEST FOR PRODUCTION NO. 161:**

All documents, including drafts, related to your planned or actual communications to investors or potential investors regarding Nevro.

**REQUEST FOR PRODUCTION NO. 162:**

Documents sufficient to show any attempts that Boston Scientific has made to obtain FDA approval of any SCS System that (1) operates or is capable of operating at a frequency of 1,200 Hz or above, and/or (2) is capable of delivering paresthesia-free therapy.

**REQUEST FOR PRODUCTION NO. 163:**

Documents sufficient to show Boston Scientific's plans to develop or commercially launch any SCS System that (1) operates or is capable of operating at a frequency of 1,200 Hz or above, and/or (2) is capable of delivering paresthesia-free therapy.

**REQUEST FOR PRODUCTION NO. 164:**

Documents sufficient to show the sites that correspond to the "SITE ID" numbers in column AA of BSC-NVRO_00129982.

**REQUEST FOR PRODUCTION NO. 165:**

All communications between Boston Scientific and Mr. James Thacker related to the Yearwood Case Report or the Yearwood Study.

**REQUEST FOR PRODUCTION NO. 166:**

All documents related to the Yearwood Case Report, including but not limited to, the drafts of the study protocol referred to by Boston Scientific in its Twelfth Defense.

**REQUEST FOR PRODUCTION NO. 167:**

All documents related to the Yearwood Poster, including but not limited to, the drafts of the study protocol referred to by Boston Scientific in its Twelfth Defense.

**REQUEST FOR PRODUCTION NO. 168:**

All documents related to the work by Dr. Yearwood that BSC alleges that Mr. Thacker was aware of, including but not limited to the "study of sub-perception spinal cord stimulation at pulse widths of 10 microseconds to 1000 microseconds" referenced by Boston Scientific in its Twelfth Defense.

**REQUEST FOR PRODUCTION NO. 169:**

All documents supporting or refuting Boston Scientific's statement in its Twelfth Defense that Mr. James Thacker was aware of the Yearwood Poster and the Yearwood Case Report during his employment at Boston Scientific, including but not limited to, that he received and reviewed these documents, and/or that he was present at meetings during which Mr. Yearwood's work was discussed.

**REQUEST FOR PRODUCTION NO. 170**:

Documents sufficient to show the dates of Mr. James Thacker's employment at Boston Scientific.

**REQUEST FOR PRODUCTION NO. 171:**

Documents sufficient to show any offers for sale of the SCS Systems at Issue in the United States.

**REQUEST FOR PRODUCTION NO. 172:**

All documents comparing the SCS Systems At Issue to any BSC SCS device that provides paresthesia-based therapy and/or operates at a frequency of 1,200 Hz or below.

Dated: August 3, 2017                            MORRISON & FOERSTER LLP


                                                 By:  /s/ Kenneth A. Kuwayti
                                                      Kenneth A. Kuwayti

                                                 Attorneys for Plaintiff
                                                 NEVRO CORP.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2    I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, California 94306.  I am not a party to the within cause, and I am over the age of eighteen years.

4    I further declare that on the date hereof, I served a copy of:

**NEVRO CORP.'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

☒    **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Krista M. Carter
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
Email: APKS-BSC-Nevro-CA@apks.com

Matthew M. Wolf
Edward Han
Marc A Cohn
William L. Louden
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Email: APKS-BSC-Nevro-CA@apks.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 3rd day of August, 2017.

_____Beatriz E. Craig_____          _____
          (typed)                              (signature)