Krista M. Carter (State Bar No. 225229)
Email address: krista.carter@arnoldporter.com
Thomas T. Carmack (State Bar No. 229324)
Email address: tom.carmack@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306
Telephone:    (650) 319-4500
Facsimile:    (650) 319-4700

Matthew M. Wolf (admitted *pro hac vice*)
Email address: matthew.wolf@arnoldporter.com
Edward Han (admitted *pro hac vice*)
Email address: edward.han@arnoldporter.com
Marc A. Cohn (admitted *pro hac vice*)
Email address: marc.cohn@arnoldporter.com
Amy L. DeWitt (admitted *pro hac vice*)
Email address: amy.dewitt@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:    (202) 942-5000
Facsimile:    (202) 942-5999

Attorneys for Defendants
BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC NEUROMODULATION
CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEVRO CORP.,<br><br>            Plaintiff,<br><br>     v.<br><br>BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION,<br><br>            Defendants. | Case No. 3:16-cv-06830-VC<br><br>**DECLARATION OF DOUGLAS SMITH IN SUPPORT OF BOSTON SCIENTIFIC'S REPLY IN SUPPORT OF ITS MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS** |

I, Douglas Smith, declare as follows:

1. I am a Paralegal at the law firm of Arnold & Porter Kaye Scholer LLP. I performed services for Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation (collectively, "BSC") during the pendency of the above-captioned matter. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of BSC's Reply In Support of its Motion For Review of the Clerk's Taxation of Costs.

3. During the pendency of the litigation I received production files from KPMG LLP ("KPMG") and then produced them to Nevro via their counsel at Morrison Foerster LLP. I typically received these files from KPMG in a compressed format and then produced them to Nevro in a compressed format using a secure File Transfer Protocol ("FTP") called Kiteworks or an external hard drive. Some of the productions were produced to Nevro by individuals other than myself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2018 in Palo Alto, CA.

                                                        */s/*   *Douglas Smith*
                                                          DOUGLAS SMITH

I attest that concurrence in the submission of this document has been obtained from the other signatory.

Dated: December 21, 2018                  /s/   *Thomas T. Carmack*
                                                                   Thomas T. Carmack