1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEVRO CORP.,<br><br>            Plaintiff,<br><br>     v.<br><br>BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION,<br><br>            Defendants. | Case No.   3:16-cv-06830-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUMMARY JUDGMENT HEARING AND BRIEFING SCHEDULE**<br><br>AS MODIFIED |

WHEREAS, at the September 1, 2020 Further Case Management Conference, the Court set a Motion Hearing date of December 10, 2020 at 10:00 AM, and directed the parties to file a stipulated briefing schedule;

WHEREAS, the parties have conferred regarding a briefing schedule and believe that a later Motion Hearing and longer briefing schedule would facilitate the parties' ability to carefully address the issues in dispute and thereby benefit the parties and the Court;

WHEREAS, the parties have conferred regarding briefing page length and believe a reduction to the Court's default page limitations for patent case cross-motions for summary judgment would be appropriate;

THEREFORE, the parties request that the Court reschedule the Motion Hearing to January 14, 2021, or a date thereafter that is convenient for the Court, and issue the below order on briefing deadlines and page limits:

| Event | Deadline |
| --- | --- |
| Nevro to file:<br>• Summary judgment opening brief<br>• Any motion to strike | October 20, 2020 |
| BSC to file:<br>• Summary judgment opening/ opposition brief<br>• Any motion to strike<br>• Opposition to any motion to strike | November 13, 2020 |
| Nevro to file:<br>• Summary judgment opposition/reply brief<br>• Opposition to any motion to strike<br>• Reply in support of any motion to strike | December 7, 2020 |
| BSC to file:<br>• Summary judgment reply brief | December 22, 2020 |

| | |
|---|---|
| • Reply in support of any motion to strike | |
| Summary Judgment Motion Hearing | January 14, 2021 at 10:00 a.m. or thereafter, subject to the Court's schedule |

The parties' summary judgment briefing shall follow the page limitations set forth in Paragraph 53 of the Court's Standing Order for Civil Cases, reduced by 20%, for sequential briefs of 32, 40, 24, and 16 pages, respectively. The parties' motions to strike shall follow the page limitations set forth in Paragraph 33 of the Court's Standing Order for Civil Case.

Dated: October 2, 2020

MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*
Michael A. Jacobs

Michael A. Jacobs
Email: MJacobs@mofo.com
Arturo J. Gonzalez
Email: AGonzalez@mofo.com
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105-2482
T: 415.268.7455
F: 415.268.7522

Kenneth A. Kuwayti
Email: KKuwayti@mofo.com
Eric C. Pai
Email: EPai@mofo.com
**Morrison & Foerster LLP**
755 Page Mill Road
Palo Alto, CA 94303
T: 650.813.5600
F: 650.494.0792

Attorneys for Plaintiff
NEVRO CORP.

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE SUMMARY JUDGMENT HEARING AND BRIEFING SCHEDULE
CASE NO. 3:16-CV-06830-VC
sf-4345125

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 2, 2020 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 3 | | |
| 4 | | By: /s/ Matthew Wolf |
| | | Matthew Wolf |

Matthew M. Wolf
Email: matthew.wolf@apks.com
Edward Han
Email: ed.han@apks.com
Marc A. Cohn
Email: marc.cohn@apks.com
Michael Kientzle
Email: Michael.kientzle@apks.com
William L. Louden
Email: William.Louden@apks.com
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
T: 202.942.5000
F: 202.942.5999

Thomas T. Carmack
Email: Tom.Carmack@apks.com
Michael D.K. Nguyen
Email: Michael.Nguyen@arnoldporter.com
Edmond K.A. Ahadome
Email: Edmond.ahadome@apks.com
Carson D. Anderson
Email: carson.anderson@arnoldporter.com

**Arnold & Porter Kaye Scholer LLP**
3000 Palo Alto Square, Suite 500
Palo Alto, CA 94306
T: 650.319.4500
F: 650.319.4700

Attorneys for Defendants
BOSTON SCIENTIFIC CORPORATION
and BOSTON SCIENTIFIC
NEUROMODULATION CORPORATION

## ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 2, 2020

/s/ *Michael A. Jacobs*
Michael A. Jacobs

## [PROPOSED] ORDER

Having considered the parties' stipulation _____.

IT IS SO ORDERED.

Dated: October 5, 2020

APPROVED
Judge Vince Chhabria

The Honorable Vince Chhabria
United States District Judge

The new briefs may not incorporate prior briefs by reference; all arguments the parties wish the Court to consider must be set forth fully in the new briefs.