Thomas T. Carmack (State Bar No. 229324)
Email address:  tom.carmack@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California  94306
Telephone:      (650) 319-4500
Facsimile:       (650) 319-4700

Matthew M. Wolf (admitted *pro hac vice*)
Email address:  matthew.wolf@arnoldporter.com
Edward Han (admitted *pro hac vice*)
Email address:  edward.han@arnoldporter.com
Marc A. Cohn (admitted *pro hac vice*)
Email address:  marc.cohn@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:      (202) 942-5000
Facsimile:       (202) 942-5999

Attorneys for Defendants
BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC NEUROMODULATION
CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEVRO CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, <br><br> Defendants. | Case No. 3:16-cv-06830-VC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR RESPONDING TO NEVRO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 543)** |

Pursuant to N.D. Cal. Civil Local Rules 6-2 and 7-12, Plaintiff Nevro Corp. ("Nevro") and Defendants Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation (collectively, "BSC"), through their counsel of record, hereby stipulate and respectfully request an Order as follows.

WHEREAS, on Monday, December 7, 2020, Nevro filed its Administrative Motion To File Under Seal Portions Of And Supporting Documents Of (1) Nevro's Reply In Support Of Its Motion For Summary Judgment / Opposition To BSC's Motion For Summary Judgment; (2) Nevro's Reply In Support Of Motion To Strike Boston Scientific's Undisclosed Invalidity Theories; And (3) Nevro's Opposition To Boston Scientific's Motion To Strike Expert Testimony Related To The Precision System ("Nevro's Motion to File Under Seal") (ECF No. 543);

WHEREAS, pursuant to N.D. Cal. Civil Local Rule 79-5(e)(1), the deadline for BSC to file a declaration in support of Nevro's Motion to File Under Seal is Friday, December 11, 2020;

WHEREAS, the parties have agreed to stipulate and request that BSC's deadline to file a declaration in support of Nevro's Motion to File Under Seal be extended by five (5) days to Wednesday, December 16, 2020;

WHEREAS, this is the first extension that the parties have stipulated to or requested with respect to this deadline;

WHEREAS, this extension does not alter the date of any event or any deadline already fixed by Court order and has no impact on the case schedule;

NOW THEREFORE, the parties hereby stipulate and respectfully request that the Court extend the deadline for BSC to file a declaration in support of Nevro's Motion to File Under Seal (ECF No. 543) by five (5) days, to Wednesday, December 16, 2020.

| | |
|---|---|
| Dated: December 10, 2020 | ARNOLD & PORTER KAYE SCHOLER LLP<br><br>By: /s/ Matthew M. Wolf<br>　　　　Matthew M. Wolf<br><br>Attorney for Defendants<br>BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION |
| Dated: December 10, 2020 | MORRISON & FOERSTER LLP<br><br>By: /s/ Michael A. Jacobs<br>　　　　Michael A. Jacobs<br><br>Attorney for Plaintiff<br>NEVRO CORP. |

### ECF ATTESTATION

In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 10, 2020                    By: /s/    Matthew M. Wolf
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Matthew M. Wolf

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 11, 2020

The Honorable
United States D[istrict Judge]

*APPROVED — Judge Vince Chhabria* (stamp)