UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVRO CORP, | Case No. 16-cv-06830-VC |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL AND DISMISSING ALL OTHER PENDING MOTIONS AS MOOT** |
| BOSTON SCIENTIFIC CORPORATION, et al., | Re: Dkt. No. 554, 555 |
| Defendants. | |

The stipulation to dismiss the remaining claims with prejudice at Dkt. No. 554 is granted. All other pending motions are denied as moot, including the stipulation at Dkt. No. 555 to remove certain docket entries. By denying the pending motions to seal as moot, all unredacted documents will remain locked and sealed.

**IT IS SO ORDERED.**

Dated: December 16, 2020

VINCE CHHABRIA
United States District Judge